1

2

3

4                     UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7     JOHN PRUTSMAN,                          Case No.  23-cv-01131-LB

8                     Plaintiff,              **ORDER REASSIGNING CASE**

9            v.

10    NONSTOP ADMINISTRATION AND
      INSURANCE SERVICES, INC.,
11
                      Defendant.
12

13          IT IS ORDERED that this case has been reassigned using a proportionate, random and

14    blind system pursuant to General Order No. 44 to the Honorable Vince Chhabria in the San

15    Francisco division for all further proceedings.  Counsel are instructed that all future filings shall

16    bear the initials VC immediately after the case number.

17          All hearing and trial dates presently scheduled are vacated.  However, existing briefing

18    schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge

19    to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior

20    briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also

21    remain unchanged.

22    Dated:  March 20, 2023

23

24                                            _____

25                                            Mark B. Busby
                                              Clerk, United States District Court
26

27

28    A true and correct copy of this order has been served by mail upon any pro se parties.

United States District Court
Northern District of California