```
Scott Edward Cole, Esq. (S.B. #160744)
COLE & VAN NOTE
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Email:      sec@colevannote.com

Gary M. Klinger, Esq. (pro hac vice)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
221 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
Email:      gklinger@milberg.com
```

*Plaintiffs' Interim Co-Lead Class Counsel*

```
Jill H. Fertel, Esq. (pro hac vice)
CIPRIANI & WERNER PC
450 Sentry Parkway, Ste. 200
Blue Bell, PA 19422
Telephone: (610) 567-0700
Email:      jfertel@c-wlaw.com
```

*Attorneys for Defendant*

*Additional counsel listed on final page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., inclusive,<br><br>Defendant. | Case No. 3:23-cv-01131-VC<br><br>**CLASS ACTION**<br><br>**STIPULATION SETTING BRIEFING SCHEDULE**<br><br>Judge: Hon. Vince Chhabria |

**NOW THEREFORE**, the Parties, through their respective counsel, and subject to the Court's approval, **STIPULATE** and **AGREE** that:

1. Interim Co-Lead Class Counsel shall file a Consolidated Amended Complaint in the Consolidated Action on or before **May 25, 2023.**

2. Defendant Nonstop shall file its response to the Consolidated Amended Complaint on or before **June 15, 2023.**

3. If Defendant Nonstop responds by way of motion, Plaintiffs shall file their Opposition thereto on or before July 6, 2023. Defendant Nonstop shall file its Reply on or before **July 20, 2023**. No *sur*-filings shall be permitted.

4. Oral arguments on Defendant Nonstop's Motion to Dismiss, if any, shall be held on **July 27, 2023** or the next date convenient for the Court.

5. A Case Management Conference shall be held on **August 9, 2023** or the next date convenient for the Court.

SO STIPULATED,

Dated: May 5, 2023               COLE & VAN NOTE

                          By:    /s/ Scott Edward Cole, Esq
                                 Scott Edward Cole, Esq.
                                 *Plaintiffs' Interim Co-Lead Class Counsel*

Dated: May 5, 2023               **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

                          By:    /s/ Gary M. Klinger, Esq.
                                 Gary M. Klinger, Esq.
                                 *Plaintiffs' Interim Co-Lead Class Counsel*

Dated: May 5, 2023               **CIPRIANI & WERNER PC**

                          By:    /s/ Jill H. Fertel, Esq.
                                 Jill H. Fertel, Esq.
                                 *Attorneys for Defendant*

John J. Nelson, Esq. (S.B. #317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
401 W Broadway, Suite 1760
San Diego, CA 92101
Telephone:   (858) 209-6941
Email:  jnelson@milberg.com

Carolyn Taylor, Esq. (S.B. #159347)
**CLARK HILL LP**
One America Plaza
600 West Broadway, Ste. 500
San Diego, CA 92101
Telephone:  (619) 819-2411
Email:  ctaylor@clarkhill.com

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

-3-
STIPULATION SETTING BRIEFING SCHEDULE
Case No. 3:23-cv-01131-VC

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

By:  /s/ *Scott Edward Cole, Esq*
Scott Edward Cole, Esq.