1  Scott Edward Cole, Esq. (S.B. #160744)
   **COLE & VAN NOTE**
2  555 12th Street, Suite 1725
   Oakland, California 94607
3  Telephone: (510) 891-9800
   Email:    sec@colevannote.com
4
   Gary M. Klinger, Esq. (*pro hac vice*)
5  **MILBERG COLEMAN BRYSON**
   **PHILLIPS GROSSMAN, PLLC**
6  221 W. Monroe Street, Suite 2100
   Chicago, Illinois 60606
7  Telephone: (866) 252-0878
   Email:    gklinger@milberg.com
8
   *Plaintiffs' Interim Co-Lead Class Counsel*
9

10 Jill H. Fertel, Esq. (*pro hac vice*)
   **CIPRIANI & WERNER PC**
11 450 Sentry Parkway, Ste. 200
   Blue Bell, PA 19422
12 Telephone: (610) 567-0700
   Email:    jfertel@c-wlaw.com
13
   *Attorneys for Defendant*
14
   *Additional counsel listed on final page*
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

19 | JOHN PRUTSMAN, individually, and on behalf of all others similarly situated, | **Case No. 3:23-cv-01131-VC**
20 |                                        | **CLASS ACTION**
   |            Plaintiff,                  |
21 |                                        |
   | vs.                                    | [~~PROPOSED~~] ORDER SETTING
22 |                                        | BRIEFING SCHEDULE **AS MODIFIED**
   | NONSTOP ADMINISTRATION AND             |
23 | INSURANCE SERVICES, INC.,              | Judge: Hon. Vince Chhabria
   | inclusive,                             |
24 |                                        |
   |            Defendant.                  |
25

26

27

28

Having reviewed the Parties' Stipulation Setting Briefing Schedule and good cause showing,

**IT IS HEREBY ORDERED** as follows:

1. Interim Co-Lead Class Counsel shall file a Consolidated Amended Complaint in the Consolidated Action on or before **May 25, 2023.**

2. Defendant Nonstop shall file its response to the Consolidated Amended Complaint on or before **June 15, 2023.**

3. If Defendant Nonstop responds by way of motion, Plaintiffs shall file their Opposition thereto on or before July 6, 2023. Defendant Nonstop shall file its Reply on or before ~~July 20~~ July 13, 2023. No *sur*-filings shall be permitted.

4. Oral arguments on Defendant Nonstop's Motion to Dismiss, if any, shall be held on July 27, 2023 at 10:00AM

5. A Case Management Conference shall be held on August 11, 2023 at 10:00AM

**IT IS SO ORDERED.**

Dated: May 12, 2023



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria
United States District Judge