| | |
|---|---|
| 1 | Scott Edward Cole, Esq. (S.B. #160744) |
| | Laura Van Note Esq. (S.B. #310160) |
| 2 | **COLE & VAN NOTE** |
| | 555 12th Street, Suite 2100 |
| 3 | Oakland, California 94607 |
| | Telephone:  (510) 891-9800 |
| 4 | Facsimile:   (510) 891-7030 |
| | Email:   sec@colevannote.com |
| 5 | Email:   lvn@colevannote.com |
| 6 | Gary M. Klinger, Esq. (*Pro hac vice*) |
| | John Nelson, Esq. (SBN 317598) |
| 7 | **MILBERG COLEMAN BRYSON** |
| | **PHILLIPS GROSSMAN, PLLC** |
| 8 | 221 W Monroe Street, Suite 2100 |
| | Chicago, Illinois 60606 |
| 9 | Telephone: (866) 252-0878 |
| | Email:   gklinger@milberg.com |
| 10 | Email:   jnelson@milberg.com |

*Plaintiffs' Interim Co-Lead Class Counsel*

*Additional Counsel Listed on the Signature Page*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., Inclusive,<br><br>Defendant. | CASE NO. 3:23-CV-01131-VC<br><br>**JOINT STIPULATION & [PROPOSED] ORDER RE: SCHEDULING**<br><br><br><br><br><br>**Judge Hon. Vince Chhabria** |
| NATALIE NICHOLSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC.,<br><br>Defendant. | CASE NO. 3:23-cv-03567-VC |

In compliance with the Court's direction at the initial status conference held on September 8, 2023, Plaintiffs John Prutsman, Amira Martz, Simcha Ringel, Naiomi Marden, Alana Balagot, Corrine Warren, Sunny Lai, David Klein, and Natalie Nicholson ("Plaintiffs") and Defendant NonStop Administration and Insurance Services, Inc. ("Defendant") (collectively the "Parties") respectfully submit the following modified scheduling proposal.

| Event | Proposed Deadline |
|---|---|
| Deadline to amend/add parties | November 20, 2023 |
| Class Primary Expert Disclosures | April 16, 2024 |
| Class Rebuttal Expert Disclosures | May 15, 2024 |
| Last day to file Motion for Class Certification | May 15, 2024 |
| Last day to file class *Daubert* motions | June 25, 2024 |
| Opposition to Motion for Class Certification | July 15, 2024 |
| Reply in Support of Motion for Class Certification | August 15, 2024 |
| Hearing on Motion for Class Certification | September 19, 2024 |
| Case Management Conference | October 11, 2024 |
| Simultaneous Merits Expert Disclosures | October 18, 2024 |
| Discovery cutoff | December 17, 2024 |
| Last day to hear file Motions for Summary Judgment and Merits *Daubert* Motions | To be Set at October 11, 2024 CMC |
| Last day to file Oppositions to Dispositive and Merits *Daubert* motions | To be Set at October 11, 2024 CMC |
| Last day to file replies to Dispositive and Merits *Daubert* motions | To be Set at October 11, 2024 CMC |
| Final Pretrial Conference | To be Set at October 11, 2024 CMC |
| Trial | To be Set at October 11, 2024 CMC |

**IT IS SO ORDERED.**


**Date:** _____
                          **Judge Hon. Vince Chhabria**

Dated: September 14, 2023    **COLE & VAN NOTE**

By:   */s/ Laura Van Note*
      Laura Van Note, Esq.

Dated: September 14, 2023    **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By:   */s/ Gary M. Klinger*
      Gary M. Klinger, Esq.

*Plaintiffs' Interim Co-Lead Class Counsel*

Dated: September 14, 2023    **CIPRIANI & WERNER PC**

By:   */s/ Jill H. Fertel*
      Jill H. Fertel, Esq.

*Counsel for Defendant*

*Additional Counsel for Plaintiffs and Putative Class*

M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**CLAYEO C. ARNOLD,
A PROFESSIONAL CORP**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Email: aberry@justice4you.com
Email: gharoutunian@justice4you.com

Terence R. Coates
(*Pro Hac Vice* Forthcoming)
Dylan J. Gould (*Pro Hac Vice* Forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax:    (513) 665-0219
Email: tcoates@msdlegal.com
Email: dgould@msdlegal.com

Brittany Resch (*Pro Hac Vice*)
Raina Challeen Borrelli (*Pro Hac Vice*)
**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
Email: brittanyr@turkestrauss.com
Email: raina@turkestrauss.com

Abbas Kazerounian
Mona Amini
**KAZEROUNIAN LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
(800) 400-6808
Fax: (800) 520-5523
Email: ak@kazlg.com
Email: mona@kazlg.com

## ATTESTATION

I, Laura Van Note, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1(h)(3), that concurrence to the filing of this document has been obtained from each signatory.

*/s/ Laura Van Note*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

                                              */s/ Laura Van Note*
                                              Laura Van Note, Esq.