1 | Scott Edward Cole, Esq. (S.B. #160744)
Laura Van Note Esq. (S.B. #310160)
2 | **COLE & VAN NOTE**
555 12th Street, Suite 2100
3 | Oakland, California 94607
Telephone:  (510) 891-9800
4 | Facsimile:   (510) 891-7030
Email:   sec@colevannote.com
5 | Email:   lvn@colevannote.com

6 | Gary M. Klinger, Esq. (*Pro hac vice*)
John Nelson, Esq. (SBN 317598)
7 | **MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
8 | 221 W Monroe Street, Suite 2100
Chicago, Illinois 60606
9 | Telephone: (866) 252-0878
Email:   gklinger@milberg.com
10 | Email:   jnelson@milberg.com

11 | *Plaintiffs' Interim Co-Lead Class Counsel*

12 | *Additional Counsel Listed on the Signature Page*

13 | **UNITED STATES DISTRICT COURT**

14 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, individually and on behalf of all others similarly situated, | **CASE NO. 3:23-CV-01131-VC**<br><br>**JOINT STIPULATION & [PROPOSED] ORDER RE: SCHEDULING** |
| Plaintiffs, | |
| v. | |
| NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., Inclusive, | **Judge Hon. Vince Chhabria** |
| Defendant. | |
| NATALIE NICHOLSON, individually and on behalf of all others similarly situated, | **CASE NO. 3:23-cv-03567-VC** |
| Plaintiff, | |
| vs. | |
| NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., | |
| Defendant. | |

1
JOINT STIPULATION & [PROPOSED] ORDER RE: SCHEDULING
CASE NO. 3:23-cv-01131-VC

In compliance with the Court's direction at the initial status conference held on September 8, 2023, Plaintiffs John Prutsman, Amira Martz, Simcha Ringel, Naiomi Marden, Alana Balagot, Corrine Warren, Sunny Lai, David Klein, and Natalie Nicholson ("Plaintiffs") and Defendant NonStop Administration and Insurance Services, Inc. ("Defendant") (collectively the "Parties") respectfully submit the following modified scheduling proposal.

| Event | Proposed Deadline |
|---|---|
| Deadline to amend/add parties | November 20, 2023 |
| Class Primary Expert Disclosures | April 16, 2024 |
| Class Rebuttal Expert Disclosures | May 15, 2024 |
| Last day to file Motion for Class Certification | May 15, 2024 |
| Last day to file class *Daubert* motions | June 25, 2024 |
| Opposition to Motion for Class Certification | July 15, 2024 |
| Reply in Support of Motion for Class Certification | August 15, 2024 |
| Hearing on Motion for Class Certification | September 19, 2024 |
| Case Management Conference | October 11, 2024 |
| Simultaneous Merits Expert Disclosures | October 18, 2024 |
| Discovery cutoff | December 17, 2024 |
| Last day to hear file Motions for Summary Judgment and Merits *Daubert* Motions | To be Set at October 11, 2024 CMC |
| Last day to file Oppositions to Dispositive and Merits *Daubert* motions | To be Set at October 11, 2024 CMC |
| Last day to file replies to Dispositive and Merits *Daubert* motions | To be Set at October 11, 2024 CMC |
| Final Pretrial Conference | To be Set at October 11, 2024 CMC |
| Trial | To be Set at October 11, 2024 CMC |

**IT IS SO ORDERED.**

**Date:**   September 19, 2023

_____
**Judge Hon. Vince Chhabria**