Scott Edward Cole, Esq. (S.B. #160744)
Laura Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Web: www.colevannote.com

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, and DAVID KLEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., inclusive,<br><br>Defendant. | Case No. 3:23-cv-01131-VC<br><br>**CLASS ACTION**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

**TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Molly Munson Cherala and Cody Alexander Bolce hereby withdraw as Attorney of Record for Representative Plaintiffs. Laura Van Note and Scott Edward Cole substitute in as Counsel for Representative Plaintiffs and/or will continue representing Representative Plaintiffs.

| | | |
|---|---|---|
| 1 | Dated: October 13, 2023 | By: */s/ Molly Munson Cherala*<br>Molly Munson Cherala, Esq. |
| 2 | | |
| 3 | Dated: October 13, 2023 | By: */s/ Cody Alexander Bolce*<br>Cody Alexander Bolce, Esq. |
| 6 | Dated: October 13, 2023 | **COLE & VAN NOTE** |
| 7 | | By: */s/ Scott Edward Cole*<br>Scott Edward Cole, Esq. |
| | | Attorneys for Representative Plaintiffs and the Plaintiff Classes |

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-2-
Notice of Substitution of Counsel

**CERTIFICATE OF SERVICE**

      I hereby certify that, on October 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

                                                      */s/ Scott Edward Cole*
                                                      Scott Edward Cole, Esq.