| | |
|---|---|
| Your Name: | Conor Brian Fitzpatrick |
| Address: | 531 Union Avenue |
| | Peekskill, NY 10566 |
| Phone No.: | 914-402-5399 |
| E-mail: | conorfitz@optimum.net |

Pro Se Defendant

**FILED**
DEC 13 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| JOHN PRUTSMAN, ET. AL. | Case Number: 3:23-cv-01131-VC |
| | ANSWER |
| Plaintiff, | Check only if you include a Counterclaim or Crossclaim: |
| vs. | ☐ AND COUNTERCLAIM |
| NONSTOP ADMINISTRATION AND IN | ☐ AND CROSSCLAIM |
| Defendant. Third-party plantiff | |
| V. | DEMAND FOR JURY TRIAL *[check one]* |
| John Doe and Conor Brian Fitzpatrick | ☐ Yes       ☐ No |
| Third-party Defendant. | Judge: Hon. _____ |

**1. Responses to the Claims in the Complaint**

*Each paragraph of the Complaint should be numbered. Read each paragraph carefully.*
- *If everything in the paragraph is **false**, do not write that paragraph number anywhere. The first paragraph of this Answer denies everything that is not specifically admitted.*
- *If everything in the paragraph is **true**, write that paragraph number in Section B, below.*
- *If you **don't know** whether the paragraph is true or not, write that paragraph number in Section C, below.*
- *If the paragraph is **partly true and partly false**, write that paragraph number in Section D below and explain which specific parts of the paragraph are true.*
- *Use more pages if needed.*

ANSWER
CASE NUMBER 3:23-cv-01131-VC

Page 1 of 5

*[JDC TEMPLATE – Rev. 2017]*

1  A. Defendant **denies** each and every allegation in the Complaint except those specifically admitted in this Answer.

2  B. Defendant **admits** all of the allegations in the following paragraphs:

12

3  C. Defendant **does not know** or have enough information to form a belief as to whether the allegations in the following paragraphs are true:

1,2,3,4,5,6,7,8,9,10,11,13,14, 15,16,17,18,19,20,21,22,23,24,25,26,27,29,30,31,32,33,34,35,36,37, 38,39,40,41,42,43,44,45,46,47,48,49,50,51,52,53,54,55,56,57,58,59,60,61,62,63,64,65,66,67,68,69 70,71,72

4  D. Defendant **admits only parts** of each paragraph below, and denies or does not know enough to say whether the rest of the paragraph is true. *[Use more pages if needed]*:

Paragraph 28: I admit only that On July 13, 2023, Fitzpatrick pleaded guilty to one count of conspiracy to commit access device fraud-- 18 U.S.C. 1029(b)( and 3559(g)( 1 );solicitation for the purposes of offering access devices- 18 U.S.C. 1029(a)(6), and possession of child pornography-18 U.S.C. 2252(a)(4)(B) and (b)(2) and agreed to make restitution to each of his victims in an amount no less than $3,000 and forfeit $698,714.

Paragraph ___: I admit only that _____

Paragraph ___: I admit only that _____

Paragraph ___: I admit only that _____

## 2. Affirmative Defenses

*State any factual or legal reasons that the Plaintiff cannot win all or part of this case. Provide enough detail so the Plaintiff and Court will understand your defense. Look at the instruction sheet of this form for examples. If you are not sure about your defenses, make an appointment at the Legal Help Center. Use more pages if needed.*

Affirmative Defense 1. I currently do not have access to any records or devices. I cannot at this time disclose anything that I have learned regarding any discovery in my criminal case. I am not allowed to use the internet to search for anything related to computer hacking crimes, and I cannot contact anyone regading these crimes described. At this time, I am unable to defend the the counts listed. If I am able to reveiw relevant information it is my beleif that I do not know John Doe, or personally reveiwed any data or source code purportedly taken from Nonstop.

Affirmative Defense 3.

Affirmative Defense 4.

Affirmative Defense 5.

ANSWER
CASE NUMBER 3:23-cv-01131-VC

Page 3 of 5

[JDC TEMPLATE – Rev. 2017]

*If you need more space to write your Answer or claims, use this page.*

I am currently awaiting sentencing in the Eastern District or Virginia and I think I will probably be sentenced to a custodial term in prison. I have no assets, not employed. I cannot afford an attorney to assist with this and I will be moving forward pro-se to the best of my ability.

I will have upwards of $700,000 in fines and restitution moving forward. If there is a favorable plantif verdict, there will no money, assests or anything encumberable.

ANSWER
CASE NUMBER 3:23-cv-01131-VC

Page 4 of 5

*[JDC TEMPLATE – Rev. 2017]*

## Demand for Relief

WHEREFORE, Defendant demands:

- ☒ That the Court enter judgment dismissing the Complaint;
- ☒ That Defendant be awarded costs incurred;
- ☒ That Defendant be awarded such other and further relief as the Court may deem just;
- ☐ *[If you filed a counterclaim or crossclaim, explain what you would like the Court to do]:* _____
- ☐ Other *[explain]:* _____

## Demand for Jury Trial

*Check one box to show whether you would like a jury to decide your case, if allowed.*

- ✓ Yes
- ☐ No

*If more than one Defendant is included in this Answer, each must sign and date below. Attach another page if you need to.*

Respectfully submitted,

Date: 12/20/23          Signature: *Conor Fitzpatrick*

Printed name: Conor Brian Fitzpatrick

Pro Se Defendant

ANSWER
CASE NUMBER 3:23-cv-01131-VC

Page 5 of 5
*[JDC TEMPLATE – Rev. 2017]*

Justice   Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Answer that you file and serve.*

1. **Case name** *[write Plaintiff's name on the first line, and your name on the second line]:*

   JOHN FRUTSMAN, ET. AL. V. NONSTOP ADMINISTRATION AND INSURANCE SERVICES.   JOHN DOE and CONOR BRIAN FITZPATRICK. a/k/a "Pompompurin"
   Plaintiff        Defendant, Third-party plaintiff         v.        Third-party defendant

2. **Case number:** Civil Action No. 3:23-cv-01131-VC

3. **Document served:** Response to Claims in the Complaint

4. **How was the Answer served?** *[check one]*

   ☑ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **To whom was the Answer sent?** *[For each person you sent the document, write their full name and contact information used.]*

   Clerk Of Court, US District Court 450 Golden Gate Ave Box 36060 San Francisco, CA

   4. Gary M. Klinger, Esq. John Nelson, Esq MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN. PLLC 221 W Monroe Street, Suite 2100 Chicago, Illinois 60606;

   1. Ernest F Koschineg, Jill Fertel, Cipriani & Werner PC, 450 Sentry PaSeerkway, Suite 200, Blue Bell, PA 19422

   5. M Anderson Beny Gregory Haroutunian CLAYEO C. ARNOLD, A PROFESSIONAL CORP 865 Howe Avenue Sacramento,CA 95825,

   2. Roger G. Perkins, CLARK HILL LLP, 600 West Broadway, Suite 500, San Diego, CA 92101

   6. Brittany Resch Raina Cholleen Borrelli TURKE & STRAUSS LLP 613 Williamson Street, Suite 201 Madison WI 53703

   3. Scott Edward Cole, Esq. Laura Van Note Esq. COLE & VAN NOTE 555 12th Stree Suite 2100 Oakland, California 94607

   7. Dylan J Gould (Pro Hac Vice Forthcoming) MARKOVITS, STOCK & DEMARCO, LLC 119 E Coun Street, Suite 530 Cincinnati, OH 45202

6. **When was the Answer served?** December 11, 2023

7. **Who served the Answer?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signature]*

   Name: Mark Fitzpatrick

   Address: 531 Union Ave

   Peekskill NY, 10566

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 2017]*