| | |
|---|---|
| 1 | Your name: Conor Brian Fitzpatrick |
| 2 | Address: 531 Union Avenue |
| 3 | Peekskill, NY 10566 |
| 4 | Phone Number: 914-402-5399 |
| 5 | E-mail Address: None |
| 6 | Pro se |

**FILED**

**JAN 25 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: X San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

JOHN PRUTSMAN, ET.AL

Plaintiff,

vs.

NONSTOP ADMINISTARTION AND

INSURANCE SERVICES INC, inclusive

Defendant.

vs.

JOHN DOE

and CONOR BRIAN FITZPATRICK

a/k/a "pompompurin

Case number: 3:23-cv-01131-VC

**MOTION TO APPOINT COUNSEL**

I respectfully ask the Court to appoint a lawyer to represent Conor Brian Fitzpatrick. The U.S. District Court for the Northern District of California has established the Federal Pro Bono Project to secure pro bono representation for litigants who: (1) are proceeding pro se; (2) lack the financial resources to retain counsel (3) have used reasonable (but unsuccessful) efforts to retain

MOTION FOR APPOINTMENT OF COUNSEL        Case No.   3:23-cv-01131-VC

private counsel, such as attempting to locate counsel through a California State Bar-approved lawyer referral service; and (4) have a case that warrants pro bono representation.  General Order 25.

In support of this motion, I state as follows:

1.     I do not have a lawyer.

2.     I do not have the financial resources to hire a lawyer.  I have pled guilty in Federal Court in the Eastern District of Virginia.  I am currently in the custody of the US Marshalls pending a bond revocation hearing and a sentencing hearing. I have met with the Federal Pro Bono Project, and I have no funds or resources to pay a lawyer.

3.     I have tried to find a lawyer but was unsuccessful.  I contacted Federal Pro Bono Project.

4.     I have consulted with the Supervising/Staff Attorney, Deborah G. Leon at the JDC Legal Help Center.  A letter from the attorney is attached here.

5.     My case warrants pro bono representation because I am a third-party defendant in a class action federal lawsuit

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/24/24        Signature: _Conor Fitzpatrick_

                              Printed name: _Conor Fitzpatrick_
                                      Pro Se

MOTION FOR APPOINTMENT OF COUNSEL    Case No.  3:23-cv-01131-VC

Justice & Diversity
C E N T E R
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

1. **Case Name:** John Prutsman,ET.AL          v. Nonstop Administartion and Ins Servic

2. **Case Number:** 3:23-cv-01131-RFL

3. **What documents were served?** *[Write the full name or title of the document or documents]* Motion to appoint counsel, Supporting letter from Justice and Diversity Center (Proposed ) order granting motion for appointment of counsel

4. **How was the document served?** *[check one]*

   ☑ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   United States District Court, Clerk's Office

   450 Golden Gate Avenue

   SanFrancisco, CA 94102-3489

6. **When were the documents sent?** 1/24/24

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address.  You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature:

   Name: Mark Fitzpatrick

   Address: 531 Union Ave

   Peekskill, NY 10566

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*