UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-01131-RFL<br><br>**ORDER TO LOCATE COUNSEL AND STAYING THIRD PARTY CLAIMS**<br><br>Re: Dkt. No. 75 |

　　　　Third party defendant Conor B. Fitzpatrick requests that the Court appoint him counsel. For good and just cause shown, the Court **GRANTS** the motion and refers Fitzpatrick to the Federal Pro Bono Project ("Project") in the manner set forth below:

　　1.　　The clerk shall forward this order to the Project office. The scope of this referral shall be for:

　　　　☒　all purposes for the duration of the case

　　　　☐　the limited purpose of representing the litigant in the course of

　　　　　　☐　mediation

　　　　　　☐　early neutral evaluation

　　　　　　☐　settlement conference

　　　　　　☐　briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

　　　　　　_____

1

    ☐   discovery as follows:

_____

_____

    ☐   other:

_____

_____

2. Upon being notified by the Project that an attorney has been located to represent Fitzpatrick, that attorney shall be appointed as counsel for Fitzpatrick in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. The third-party claims against Fitzpatrick are hereby **STAYED** until four weeks from the date an attorney is appointed to represent Fitzpatrick in this action. The remainder of the case shall proceed as set.

**IT IS SO ORDERED.**

Dated: January 31, 2024

RITA F. LIN
United States District Judge