Scott Edward Cole, Esq. (S.B. #160744)
Laura Van Note Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:  sec@colevannote.com
Email:  lvn@colevannote.com

Gary M. Klinger, Esq. (*pro hac vice*)
John Nelson, Esq. (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone:  (866) 252-0878
Email:  gklinger@milberg.com
Email:  jnelson@milber.com

*Plaintiffs' Interim Co-Lead Class Counsel*

*Additional Counsel Listed on the Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>               PLAINTIFFS,<br><br>VS.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., INCLUSIVE,<br><br>               DEFENDANT. | **CASE NO. 3:23-CV-01131-RFL**<br><br>**STIPULATION RE: PROPOSED EXTENSION OF TIME TO FILE CLASS CERTIFICATION PRIMARY EXPERT DISCLOSURE; [PROPOSED] ORDER**<br><br>Judge: Hon. Rita F. Lin |

1  Pursuant to Civil Local Rule 6-1(b), Plaintiffs John Prutsman, Amira Martz, Simcha
2  Ringel, Naiomi Marden, Alana Balagot, Corrine Warren Sunny Lai, and David Klein, (hereinafter
3  "Plaintiffs"), and Defendant Nonstop Administration and Insurance Services, Inc., (hereinafter
4  "Defendant" or "Nonstop"), collectively referred to as "the Parties", hereby stipulate to extend the
5  Case Management Schedule, and in support thereof state as follows:

6  **WHEREAS**, on March 14, 2023, Plaintiff Prutsman filed a Complaint (ECF NO. 1), and
7  several related actions were thereafter filed (the "Related Actions");

8  **WHEREAS**, on May 4, 2023, this Court granted Plaintiffs' Motion to Consolidate the
9  Related Actions (ECF No. 26);

10  **WHEREAS**, on May 25, 2023, Plaintiffs filed their Consolidated Amended Class Action
11  Complaint (ECF No. 38);

12  **WHEREAS**, on June 15, 2023, Defendant filed its Motion to Dismiss Plaintiffs' Amended
13  Class Action Complaint (ECF No.39);

14  **WHEREAS**, on August 16, 2023, this Court issued its Order Granting in Part and Denying
15  in Part Motion to Dismiss;

16  **WHEREAS**, on January 24, 2024 this Court held a Case Management Conference and set
17  a case schedule, up to and including the December 17, 2024 hearing date for Plaintiffs Motion for
18  Class Certification. (ECF No. 74). The Court further set the deadline to complete ADR as May 31,
19  2024. *Id*.;

20  **WHEREAS**, the Parties are requesting that the Court extend each of the non-ADR
21  deadlines an additional 90 days to allow the Parties to engage in private mediation without
22  incurring additional time or expense, and while conserving judicial resources;

23  **WHEREAS**, the requested enlargement of time will allow the Parties to devote their time
24  and resources to discuss a potential resolution of the Consolidated Actions and explore the
25  possibility of mediation;

26  **WHEREAS**, the requested time modifications will enlarge each non-ADR date by 90 days,
27  which is in line with the Court's deadline of May 31, 2024 for the Parties to complete ADR;

28

STIPULATION RE: PROPOSED EXTENSION OF TIME TO FILE CLASS CERTIFICATION
PRIMARY EXPERT DISCLOSURE; [PROPOSED] ORDER                                                  - 1 -

**NOW THEREFORE**, subject to the Court's approval and Order, it is stipulated by and between the parties, through their respective counsel of record, that the Case Management deadlines be enlarged by 90 days as follows:

| Event | Original Deadline | Enlarged Deadline |
|---|---|---|
| Class Certification Primary Expert Disclosures | 2/12/24 | 5/13/24 |
| Class Certification Rebuttal Expert Disclosures | 4/1/24 | 7/1/24 |
| Last Day to File Class Daubert Motions | 7/24/24 | 10/22/24 |
| Motion for Class Certification | 9/3/24 | 12/2/24 |
| Opposition to Motion for Class Certification | 11/1/24 | 1/30/25 |
| Reply to Motion for Class Certification | 11/26/24 | 2/24/25 |
| Hearing on Motion for Class Certification | 12/17/24 | 3/17/25 |

Dated: February 12, 2024        **COLE & VAN NOTE**

                        By:  /s/ Scott Edward Cole
                             Scott Edward Cole, Esq.

Dated: February 12, 2024        **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

                        By:  /s/ Gary M. Kilnger
                             Gary M. Klinger, Esq.

                        *Plaintiffs' Interim Co-Lead Class Counsel*

Dated: February 12, 2024        **CIPRIANI & WERNER PC**

                        By:  /s/ Jill Fertel
                             Jill H. Fertel, Esq.

                        *Counsel for Defendant*

**ORDER**

**THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING**, the Court hereby enters its Order extending the Case Management Deadlines as follows:

Deadline to amend the pleadings is June 19, 2024;

Class Certification Primary Expert Disclosures due by May 13, 2024;

Class Certification Rebuttal Expert Disclosures due by July 1, 2024;

Last Day to File Class Daubert Motions is October 22, 2024;

Motion for Class Certification due by December 2, 2024;

Opposition to Motion for Class Certification due by January 30, 2025;

Reply to Motion for Class Certification due by February 24 2025;

Hearing on Motion for Class Certification set for March 17, 2025 10:00 AM in San Francisco, Courtroom 15, 18th Floor before Judge Rita F. Lin.

**IT IS SO ORDERED**.

Dated: _____ ____, 2024

_____
Hon. Rita F. Lin
United States District Court for the Northern District of California