# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

───────

ATTORNEYS AT LAW

JILL H. FERTEL, ESQ.
Jfertel@c-wlaw.com
ANTIMA CHAKRABORTY, ESQ.
Achakraborty@c-wlaw.com

450 Sentry Parkway, Suite 200
Blue Bell, PA  19422

Phone:  (610) 567-0700
Fax:  (610) 567-0712

Visit us online at
www.C-WLAW.com

February 22, 2024

Honorable Judge Rita Lin
*Via electronic filing and via Email:*
rflpo@cand.uscourts.gov

**RE**  *John Prutsman, et al v. Nonstop Administration and Insurance Services*
United States District Court for the Northern District of California
Case No. 3:23-cv-01131-RFL

To the Honorable J. Rita Lin:

Plaintiffs John Prutsman, *et. al*. ("Plaintiffs") and Defendant Nonstop Administration and Insurance Services ("Nonstop") (collectively "the Parties") have conferred and have agreed to mediation with Mr. Ben Picker of Stradley Ronan in Philadelphia.  Mr. Picker is an experienced attorney and mediator based in Philadelphia, PA, with decades of experience and is a highly sought-after mediator in data breach class action litigation.  Mr. Picker has successfully mediated numerous data breach cases and all parties have had successful experiences entrusting mediation with Mr. Picker.

The Parties are requesting a brief teleconference with Your Honor regarding the scheduling of mediation. The proposed date of mediation - the earliest available date that Mr. Picker can accommodate is ***June 6, 2024***. The Parties understand that this date is beyond the allotted deadline for mediation provided by the Court and seek the Court's approval for mediation on this date. Further, as the Court is aware, claims against Third-Party Defendant Conor Brian Fitzpatrick ("Fitzpatrick") are currently stayed pending appointment of counsel. Nonstop wishes to ensure Fitzpatrick's participation in all stages of litigation, including mediation. The Parties therefore seek the Court's guidance.

Respectfully Submitted,

*/s/ Jill Fertel, Esq.*

Jill H. Fertel, *Pro Hac Vice*
Antima Chakraborty, *Pro Hac Vice*
**CIPRIANI & WERNER P.C.**

Telephone: (610) 567-0700
jfertel@c-wlaw.com
achakraborty@c-wlaw.com

*Attorneys for Defendant, Nonstop Administration and Insurance Services, Inc.*

*/s/ Gary M. Klinger*
Gary M. Klinger. (*pro hac vice*)
David Lietz
John J. Nelson (Cal Bar No. 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Telephone: (866) 252-0878
Email:   gklinger@milberg.com
Email:   dlietz@milberg.com
Email:   jnelson@milberg.com

*/s/ Scott E. Cole*
Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
Telephone: (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com

*Attorneys for Plaintiffs*

JHF/AC/law

cc:  Additional Plaintiffs' and Defendants Counsel:

Gregory Haroutunian, Esq.
Michael Anderson Berry, Esq.
**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION**
gharoutunian@justice4you.com
aberry@justice4you.com

Raina C. Borrelli, Esq.
Brittany N. Resch, Esq.
**TURKE STRAUSS LLP**
Raina@turkestrauss.com
brittanyr@turkestrauss.com

Terence R. Coates
(*Pro Hac Vice Forthcoming)*
Dylan J. Gould *(Pro Hac Vice Forthcoming)*
**MARKOVITS, STOCK & DEMARCO, LLC**
tcoates@msdlegal.com
dgould@msdlegal.com

Roger G. Perkins, Esq. (S.B. 86617)
**Clark Hill LLP**
Telephone: (619) 819-2432
rperkins@clarkhill.com

2

## **ATTESTATION**

I, Antima Chakraborty, hereby attest, pursuant to N.D. Ca. Civil Local Rule 5-1(h)(3) that concurrence to the filing of this document has been obtained from each signatory.

*/s/ Antima Chakraborty*
Antima Chakraborty