Roger G. Perkins SBN 86617
Carolyn Taylor SBN 159347
**CLARK HILL LLP**
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone:  (619) 557-0404
Facsimile:   (619) 557-0460
Email:  ctaylor@clarkhill.com
Email:  rperkins@clarkhill.com

Elizabeth A. Evans, SBN 281190
**CLARK HILL LLP**
555 South Flower Street, 24th Floor,
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
Email: eevans@clarkhill.com

Ernest F. Koschineg, Esq. (Pro Hac Vice)
Jill H. Fertel, Esq. (Pro Hac Vice)
**CIPRIANI & WERNER PC**
450 Sentry Parkway – Suite 200
Blue Bell, PA  19422
Telephone: (610) 567-0700
Email: ekoschineg@c-wlaw.com
Email: jfertel@c-wlaw.com

Attorneys for Defendant
NONSTOP ADMINISTRATION AND INSURANCE
SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORRINE WARREN, SUNNY LAI, and DAVID KLEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., inclusive,<br><br>Defendants. | Case No. 3:23-cv-01131-RFL<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

1

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
ClarkHill\M1281\471781\276273241.v1-3/1/24

|    |                                                                                                                |
|----|----------------------------------------------------------------------------------------------------------------|
| 1  | vs.                                                                                                            |
| 2  |                                                                                                                |
| 3  | JOHN DOE and CONOR BRIANFITZPATRICK, a/k/a                                                                     |
| 4  | "Pompompurin",                                                                                                 |
| 5  | Third-Party Defendants                                                                                         |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance for NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC. in the above-captioned case.

> Elizabeth A. Evans
> CLARK HILL LLP
> 555 South Flower Street, 24th Floor,
> Los Angeles, CA 90071
> Telephone: (213) 891-9100
> Facsimile: (213) 488-1178
> Email: eevans@clarkhill.com

This Notice hereby further withdraws Michelle L. Bains, Esq. as counsel of record.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

Dated:  March 1, 2024                    **CLARK HILL LLP**

By: _____
Roger G. Perkins
Carolyn Taylor
Elizabeth A. Evans
Attorneys for Defendant NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC.

# CERTIFICATE OF SERVICE

*John Prutsman, et al. vs. Nonstop Administration and Insurance Services, Inc., et al.*

I, the undersigned, an employee of Clark Hill LLP, located at 555 South Flower Street, 24th Floor, Los Angeles, California, 90071, declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter, action or proceeding.

On March 1, 2024, I served the foregoing document(s) described as
**NOTICE AND APPEARANCE AND REQUEST FOR SERVICE**

☒ **BY CM/ECF**  The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

☒ **FEDERAL**  I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 1, 2024 at Los Angeles, California.

_____
Ada Garcia

3
**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
ClarkHill\M1281\471781\276273241.v1-3/1/24