1   Scott Edward Cole, Esq. (S.B. #160744)
    Laura Van Note Esq. (S.B. #310160)
2   **COLE & VAN NOTE**
    555 12th Street, Suite 2100
3   Oakland, California 94607
    Telephone:  (510) 891-9800
4   Facsimile:   (510) 891-7030
    Email:  sec@colevannote.com
5   Email:  lvn@colevannote.com

6   Gary M. Klinger, Esq. (*pro hac vice*)
    **MILBERG COLEMAN BRYSON**
7   **PHILLIPS GROSSMAN, PLLC**
    221 W Monroe Street, Suite 2100
8   Chicago, Illinois 60606
    Telephone:   (866) 252-0878
9   Email:  gklinger@milberg.com
    Email:  jnelson@milber.com
10
    *Plaintiffs' Interim Co-Lead Class Counsel*
11
    *Additional Counsel Listed on the Signature Page*
12

13                  **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15

16   JOHN PRUTSMAN, AMIRA MARTZ,          **CASE NO. 3:23-CV-01131-RFL**
     SIMCHA RINGEL, NAIOMI MARDEN,
17   ALANA BALAGOT, CORINNE              **STIPULATION RE: PROPOSED**
     WARREN, SUNNY LAI, AND DAVID        **EXTENSION OF TIME TO FILE CLASS**
18   KLEIN, individually, and on behalf of all   **CERTIFICATION PRIMARY EXPERT**
                                          **DISCLOSURE AND AMEND PLEADINGS;**
19   others similarly situated,          [~~**PROPOSED**~~] **ORDER AS MODIFIED**

20                         Plaintiffs,    **Re: Dkt. No. 84**
     vs.
21                                        Judge: Hon. Rita F. Lin
22   NONSTOP ADMINISTRATION AND
     INSURANCE SERVICES, INC., Inclusive,
23
                  Defendant.
24

25

26

27

28

Pursuant to Civil Local Rule 6-1(b), Plaintiffs John Prutsman, Amira Martz, Simcha Ringel, Naiomi Marden, Alana Balagot, Corrine Warren Sunny Lai, and David Klein, (hereinafter "Plaintiffs"), and Defendant Nonstop Administration and Insurance Services, Inc., (hereinafter "Defendant" or "Nonstop"), collectively referred to as "the Parties", hereby stipulate to extend the Case Management Schedule, and in support thereof state as follows:

**WHEREAS**, on March 14, 2023, Plaintiff Prutsman filed a Complaint (ECF No. 1), and several related actions were thereafter filed (the "Related Actions");

**WHEREAS**, on May 4, 2023, this Court granted Plaintiffs' Motion to Consolidate the Related Actions (ECF No. 26);

**WHEREAS**, on May 25, 2023, Plaintiffs filed their Consolidated Amended Class Action Complaint (ECF No. 38);

**WHEREAS**, on June 15, 2023, Defendant filed its Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF No. 39);

**WHEREAS**, on August 16, 2023, this Court issued its Order Granting in Part and Denying in Part the Motion to Dismiss;

**WHEREAS**, on January 24, 2024, this Court held a Case Management Conference and set a case schedule, up to and including the December 17, 2024 hearing date for Plaintiffs' Motion for Class Certification. (ECF No. 74). The Court further set the deadline to complete ADR as May 31, 2024. *Id.*;

**WHEREAS,** on February 12, 2024, the Parties stipulated to extend each of the non-ADR deadlines an additional 120 days to allow the Parties to engage in private mediation without incurring additional time or expense, and while conserving judicial resources (ECF No. 78). The Court granted that stipulation, (ECF No. 80) and extended the ADR deadline to July 31, 2024 (ECF No. 81.)

**WHEREAS**, the Parties have a mediation set for June 6, 2024, with Class Certification Primary Expert Disclosures due May 13, 2024, and the last day to amend the pleadings as May 20, 2024;

STIPULATION RE: PROPOSED EXTENSION OF TIME TO FILE CLASS CERTIFICATION PRIMARY EXPERT DISCLOSURE AND AMEND PLEADINGS; [~~PROPOSED~~] ORDER

1

1       **WHEREAS,** the Parties are requesting that the deadline to submit Class Certification

2 Primary Expert Disclosures and the deadline to amend the pleadings be extended by approximately

3 60 days to allow the Parties to engage in private mediation without incurring additional time or

4 expense.

5       **WHEREAS**, the requested enlargement of time will allow the Parties to devote their time

6 and resources to discuss a potential resolution of the Consolidated Actions;

7       **NOW THEREFORE**, subject to the Court's approval and Order, it is stipulated by and

8 between the Parties, through their respective counsel of record, that the deadlines be enlarged by

9 60 days as follows:

10

| Event | Original Deadline | Enlarged Deadline |
|---|---|---|
| Class Certification Primary Expert Disclosures | 5/13/2024 | 7/12/24 |
| Last Day to Amend the Pleadings | 5/20/2024 | 7/19/24 |

13 Dated: April ___, 2024               **COLE & VAN NOTE**

14

15

16                       By:   */s/ Scott Edward Cole*_____
                              Scott Edward Cole, Esq.

17

18 Dated: April ____, 2024             **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

19

20                       By:   */s/ Gary M. Kilnger*_____

21                               Gary M. Klinger, Esq.

22                       *Plaintiffs' Interim Co-Lead Class Counsel*

23 Dated: April ____, 2024             **CIPRIANI & WERNER PC**

24                       By:   */s/ Jill Fertel*_____

25                               Jill H. Fertel, Esq.

26                       *Counsel for Defendant*

27

28

1

## ORDER AS MODIFIED

2          **THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING**, the

3   Court hereby enters its Order extending the Case Management Deadlines as follows:

4          Class Certification Primary Expert Disclosures due by July 12, 2024;

5          Deadline to amend the pleadings is July 19, 2024;

6          Class Certification Rebuttal Expert Disclosures due by August 9, 2024.

7

8          **IT IS SO ORDERED**.

9   Dated: April 30, 2024                          _____

10                                                 Hon. Rita F. Lin
                                                   United States District Court for the Northern
11                                                 District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28