1  Scott Edward Cole, Esq. (S.B. #160744)
   Laura Van Note Esq. (S.B. #310160)
2  **COLE & VAN NOTE**
   555 12th Street, Suite 2100
3  Oakland, California 94607
   Telephone: (510) 891-9800
4  Facsimile: (510) 891-7030
   Email: sec@colevannote.com
5  Email: lvn@colevannote.com

6
   Gary M. Klinger, Esq. (*pro hac vice*)
7  **MILBERG COLEMAN BRYSON**
   **PHILLIPS GROSSMAN, PLLC**
8  221 W Monroe Street, Suite 2100
   Chicago, Illinois 60606
9  Telephone: (866) 252-0878
   Email: gklinger@milberg.com
10 Email: jnelson@milberg.com

11
   *Plaintiffs' Interim Co-Lead Class Counsel*
12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, individually, and on behalf of all others similarly situated, | Case No. 3:23-cv-01131-RFL |
| 17 | |
| 18 | **NOTICE OF CHANGE OF ADDRESS AND FIRM NAME** |
| 19 | Hon. Rita F. Lin |
| 20                    Plaintiff, | |
| 21        v. | |
| 22  DUN & BRADSTREET HOLDINGS, INC., | |
| 23                    Defendant. | |

24
25         TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
26         PLEASE TAKE NOTICE that Raina C. Borrelli has changed law firms and has moved to
27  the following address:

| | |
|---|---|
| 1 | Raina C. Borrelli |
| 2 | Strauss Borrelli PLLC |
|   | One Magnificent Mile |
| 3 | 980 N Michigan Ave., Suite 1610 |
|   | Chicago, IL 60611 |
| 4 | Telephone: (872) 263-1100 |
|   | Facsimile:  (872) 263-1109 |
| 5 | Email: raina@straussborrelli.com |

Dated: May 23, 2024                     Respectfully submitted,

By:  /s/ Raina C. Borrelli, *Admitted Pro Hac Vice*
     Raina C. Borrelli, *Admitted Pro Hac Vice*
     STRAUSS BORRELLI PLLC
     One Magnificent Mile
     980 N Michigan Avenue, Suite 1610
     Chicago, IL 60611
     Telephone: (872) 263-1100
     Facsimile:  (872) 263-1109
     Email: raina@straussborrelli.com

*Attorneys for Plaintiff Warren*

NOTICE OF CHANGE OF ADDRESS AND FIRM NAME – 2
Case No. 3:23-cv-01131-RFL

# CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on May 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 23rd day of May, 2024.

STRAUSS BORRELLI PLLC

By: /s/ Raina C. Borrelli, *Admitted Pro Hac Vice*
Raina C. Borrelli, *Admitted Pro Hac Vice*
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
Email: raina@straussborrelli.com

NOTICE OF CHANGE OF ADDRESS AND FIRM NAME – 3
Case No. 3:23-cv-01131-RFL