| | |
|---|---|
| 1 | Scott Edward Cole, Esq. (S.B. #160744) |
| | Laura Van Note Esq. (S.B. #310160) |
| 2 | **COLE & VAN NOTE** |
| | 555 12th Street, Suite 2100 |
| 3 | Oakland, California 94607 |
| | Telephone: (510) 891-9800 |
| 4 | Facsimile: (510) 891-7030 |
| | Email: sec@colevannote.com |
| 5 | Email: lvn@colevannote.com |
| 6 | |
| | Gary M. Klinger, Esq. (*pro hac vice*) |
| 7 | **MILBERG COLEMAN BRYSON** |
| | **PHILLIPS GROSSMAN, PLLC** |
| 8 | 221 W Monroe Street, Suite 2100 |
| | Chicago, Illinois 60606 |
| 9 | Telephone: (866) 252-0878 |
| 10 | Email: gklinger@milberg.com |
| | Email: jnelson@milberg.com |
| 11 | |
| | *Plaintiffs' Interim Co-Lead Class Counsel* |
| 12 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, individually, and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | Case No. 3:23-cv-01131-RFL **NOTICE OF CHANGE OF ADDRESS AND FIRM NAME** Hon. Rita F. Lin |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DUN & BRADSTREET HOLDINGS, INC., | ) ) | |
| Defendant. | ) ) | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Brittany Resch has changed law firms and has moved to the following address:

NOTICE OF CHANGE OF ADDRESS AND FIRM NAME – 1
Case No. 3:23-cv-01131-RFL

Brittany Resch
Strauss Borrelli PLLC
One Magnificent Mile
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile:  (872) 263-1109
Email: bresch@straussborrelli.com

Dated: May 23, 2024                                Respectfully submitted,

                                                    By:  /s/ Brittany Resch, *Admitted Pro Hac Vice*
                                                    Brittany Resch, *Admitted Pro Hac Vice*
                                                    STRAUSS BORRELLI PLLC
                                                    One Magnificent Mile
                                                    980 N Michigan Avenue, Suite 1610
                                                    Chicago, IL 60611
                                                    Telephone: (872) 263-1100
                                                    Facsimile:  (872) 263-1109
                                                    Email: bresch@straussborrelli.com

                                                    *Attorneys for Plaintiff Warren*

NOTICE OF CHANGE OF ADDRESS AND FIRM NAME – 2
Case No. 3:23-cv-01131-RFL

**CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that on May 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 23rd day of May, 2024.

STRAUSS BORRELLI PLLC

By: /s/ Brittany Resch, *Admitted Pro Hac Vice*
Brittany Resch, *Admitted Pro Hac Vice*
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile:  (872) 263-1109
Email: bresch@straussborrelli.com