UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, et. al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>NONSTOP ADMINISTRATION AND )<br>INSURANCE SERVICES, INC., )<br>    Defendant. ) | Case Number: 3:23-cv-01131-RFL<br><br>ORDER APPOINTING COUNSEL |

Because third-party defendant Conor Fitzpatrick has requested and is in need of counsel to assist him in this matter, and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the attorneys listed below are hereby appointed as counsel for Fitzpatrick in this matter:

| | |
|---|---|
| Erika H. Warren (SBN 295570)<br>erika@warrenkashwarren.com | Warren Kash Warren LLP<br>2261 Market St., No. 606<br>San Francisco, CA 94114<br>(415) 895-2940 |
| Madeline A. Woodall (SBN 351664)<br>madeline@warrenkashwarren.com | Warren Kash Warren LLP<br>2261 Market St., No. 606<br>San Francisco, CA 94114<br>(415) 895-2940 |

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

    ☒ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows:
    _____

    ☐ other:
    _____

      All proceedings in this action as to Fitzpatrick are hereby stayed until four weeks from the date of this order.  Counsel shall be familiar with General Order No. 25 posted on the Court's website.

      IT IS SO ORDERED.

Dated:  May 30, 2024

                                           RITA F. LIN
                                           United States District Judge