|   |   |
|---|---|
| 1 | Erika H. Warren (State Bar No. 295570) |
| 2 | Madeline A. Woodall (State Bar No. 351664) |
|   | WARREN KASH WARREN LLP |
| 3 | 2261 Market Street, No. 606 |
|   | San Francisco, California, 94114 |
| 4 | +1 (415) 895-2940 |
| 5 | +1 (415) 895-2964 facsimile |
|   | 23-1131@cases.warrenlex.com |

*Attorneys for Third Party Defendant*
*Conor Brian Fitzpatrick*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PRUTSMAN, et. al | Case No. 3:23-cv-01131-RFL |
| Plaintiffs, | **NOTICE OF ATTORNEY APPEARANCE OF MADELINE A. WOODALL** |
| v. | |
| NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., inclusive | Judge:   Hon. Rita F. Lin |
| Defendant, | |
| v. | |
| JOHN DOE and CONOR BRIAN FITZPATRICK, a/k/a "Pompompurin" | |
| Third Party Defendants. | |

Third Party Defendant Conor Brian Fitzpatrick hereby notifies the Court and the parties to this action that Madeline A. Woodall of Warren Kash Warren LLP, an attorney admitted to practice before this Court, appears as counsel for Third Party Defendant Conor Brian Fitzpatrick in this matter, as set

//

//

//

//

Case No. 3:23-cv-01131-RFL
NOTICE OF ATTORNEY APPEARANCE

forth in the Court's Order Appointing Counsel, Docket No. 89 (May 30, 2024).  Please serve all pleadings, correspondence, and other materials on Ms. Woodall at the above address.

Date:  June 3, 2024

Respectfully submitted,

_____
Madeline A. Woodall (State Bar No. 351664)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorney for Third Party Defendant*
*Conor Brian Fitzpatrick*