Scott Edward Cole, Esq. (S.B. #160744)
Laura Van Note Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:   (510) 891-7030
Email:   sec@colevannote.com
Email:   lvn@colevannote.com

Gary M. Klinger, Esq. (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
Email:   gklinger@milberg.com
Email:   jnelson@milberg.com

*Plaintiffs' Interim Co-Lead Class Counsel*

*Additional Counsel Listed on the Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>VS.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., INCLUSIVE,<br><br>DEFENDANT. | **CASE NO. 3:23-CV-01131-VC**<br><br>**JOINT CASE MANAGEMENT STATEMENT AND NOTICE OF CLASSWIDE SETTLEMENT**<br><br>Date:  July 3, 2024<br>Time: 10:00 a.m.<br>via Zoom Conference<br>Judge Hon. Rita F. Lin |

Pursuant to the Court's order of January 24, 2024 Plaintiffs John Prutsman, Amira Martz, Simcha Ringel, Naiomi Marden, Alana Balagot, Sunny Lai, Corinne Warren, and David Klein (collectively, "Plaintiffs") and Defendant Nonstop Administration and Insurance Services, Inc. ("Defendant") jointly submit this case management statement and further notice the Court that, following mediation before the well-respected mediator Bennet G. Picker of Stradley Ronan, the Parties have reached a classwide settlement. Defendant is currently in active and ongoing discussions with counsel for Third-Party Defendant Conor Brian Fitzpatrick and is optimistic about the potential for complete resolution of these claims.

Accordingly, in light of the Parties' successful efforts to resolve the matter at mediation, the Parties respectfully request that the Court vacate all deadlines and stay further proceedings to allow the Parties to finalize the class settlement agreement and for Plaintiffs to prepare and file their motion for preliminary approval of class action settlement. As the classwide settlement will resolve all remaining issues in the litigation, the Parties respectfully request that the Court take the status conference set for July 3, 2024 off calendar and allow Plaintiffs forty five (45) days to file their motion for preliminary approval.

Dated: June 27, 2024         **COLE & VAN NOTE**

                             By: /s/ Scott Edward Cole
                                 Scott Edward Cole, Esq.

Dated: June 27, 2024         **MILBERG COLEMAN BRYSON**
                             **PHILLIPS GROSSMAN, PLLC**

                             By: /s/ Gary M. Klinger
                                 Gary M. Klinger, Esq. *(pro hac vice)*

                                 *Plaintiffs' Interim Co-Lead Class Counsel*

Dated: June 27, 2024         **CIPRIANI & WERNER PC**

                             By: /s/ Jill H. Fertel
                                 Jill H. Fertel, Esq.

                                 *Counsel for Defendant*

**ATTESTATION**

I, Gary M. Klinger hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1(h)(3), that concurrence to the filing of this document has been obtained from each signatory.

By: <u>*/s/ Gary M. Klinger*</u>
Gary M. Klinger, Esq.