Scott Edward Cole, Esq. (S.B. #160744)
Laura Van Note Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:   (510) 891-7030
Email:   sec@colevannote.com
Email:   lvn@colevannote.com

Gary M. Klinger, Esq. (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
Email:   gklinger@milberg.com
Email:   jnelson@milberg.com

*Plaintiffs' Interim Co-Lead Class Counsel*

*Additional Counsel Listed on the Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>VS.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., INCLUSIVE,<br><br>DEFENDANT. | **CASE NO. 3:23-CV-01131-RFL**<br><br>**STIPULATION RE: PROPOSED EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLMENT AND STATUS UPDATE RE THIRD PARTY CLAIMS; [PROPOSED] ORDER**<br><br>Judge: Hon. Rita F. Lin |

1    Plaintiffs John Prutsman, Amira Martz, Simcha Ringel, Naiomi Marden, Alana Balagot,
2 Corrine Warren Sunny Lai, and David Klein, (hereinafter "Plaintiffs"), and Defendant Nonstop
3 Administration and Insurance Services, Inc., (hereinafter "Defendant" or "Nonstop"), collectively
4 referred to as "the Parties", hereby stipulate, subject to the Court's agreement, to extend the
5 deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement
6 and for the Parties to file a status update regarding the third-party claims against Conor Fitzpatrick,
7 and in support thereof state as follows:
8    WHEREAS, on June 6, 2024, the Parties conducted a full-day mediation before the well-
9 respected mediator Bennet G. Picker of Stradley Ronan and after extensive negotiations,
10 eventually reached a class wide settlement in principle;
11    WHEREAS, on June 27, 2024 the Parties filed a Joint Case Management Statement and
12 Notice of Settlement and requested forty-five (45) days for Plaintiffs to file their Motion for
13 Preliminary Approval (ECF No. 92) and on July 1, 2024 the Court vacated the Case Management
14 Conference set for July 3, 2024 and further ordered that the deadline for Plaintiffs to file their
15 Motion and a status update regarding the third-party claims against Conor Fitzpatrick be set for
16 August 12, 2024 (ECF No. 93);
17    WHEREAS, the Parties have been mutually working together to finalize the settlement
18 agreement and accompanying papers, and to select a settlement administrator to oversee the notice
19 and claims procedure;
20    WHEREAS, the Parties require a brief extension of time to finalize the agreement and for
21 Plaintiffs' to draft their Motion for Preliminary Approval once the agreement has been finalized
22 and the settlement administrator selected; and
23    WHEREAS, to preserve party and judicial resources, the Parties agree that the deadline for
24 Plaintiffs to file their Motion and status update should be extended fourteen (14) days, subject to
25 Court approval;
26    NOW THEREFORE, subject to the Court's approval and Order, it is stipulated by and
27 between the parties, through their respective counsel of record, that Plaintiffs' deadline to file their
28

STIPULATION RE: PROPOSED EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLMENT AND STATUS REPORT RE THIRD PARTY CLAIMS;
[PROPOSED] ORDER                                                                                    - 1 -

1  Motion for Preliminary Approval and the deadline for the Parties to file a status update regarding
2  the third-party claims against Conor Fitzpatrick be enlarged by fourteen (14) days.
3  **IT IS SO STIPULATED.**
4  Dated: August 12, 2024                              **COLE & VAN NOTE**

6                                                     By:  /s/ Scott Edward Cole
7                                                          Scott Edward Cole, Esq.

8  Dated: August 12, 2024                              **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

11                                                    By:  /s/ Gary M. Klinger
                                                           Gary M. Klinger, Esq.

12                                                    *Plaintiffs' Interim Co-Lead Class Counsel*

13 Dated: August 12, 2024                              **CIPRIANI & WERNER PC**

15                                                    By:  /s/ Jill H. Fertel
                                                           Jill H. Fertel, Esq.

17                                                    *Counsel for Defendant*

STIPULATION RE: PROPOSED EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLMENT AND STATUS REPORT RE THIRD PARTY CLAIMS; [PROPOSED] ORDER                                                                                    - 2 -

**ORDER**

**THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING**, the Court hereby enters its Order extending Plaintiffs' deadline to file their Motion for Preliminary Approval and the deadline for the Parties to file a status update regarding the third-party claims against Conor Fitzpatrick be enlarged by fourteen (14) days, or on or before August 26, 2024.

**IT IS SO ORDERED**.

Dated: _____ \_\_\_\_, 2024

_____
Hon. Rita F. Lin
United States District Court for the Northern District of California

STIPULATION RE: PROPOSED EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLMENT AND STATUS REPORT RE THIRD PARTY CLAIMS; [PROPOSED] ORDER

- 3 -