Ernest F. Koschineg, Esq. *(pro hac vice)*
Jill H. Fertel, Esq. *(pro hac vice)*
Antima G. Chakraborty, Esq. *(pro hac vice)*
**CIPRIANI & WERNER PC**
450 Sentry Parkway, Ste. 200
Blue Bell, PA 19422
Telephone: (610) 567-0700
ekoschineg@c-wlaw.com
jfertel@c-wlaw.com
achakraborty@c-wlaw.com

Roger G. Perkins, Esq. (S.B. 86617)
**Clark Hill LLP**
One America Plaza
600 West Broadway, Ste. 500
San Diego, CA 92101
Telephone: (619) 819-2432
rperkins@clarkhill.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., Inclusive,<br><br>Defendant. | **CASE NO. 3:23-CV-01131-RFL**<br><br>**STATUS REPORT ON THIRD-PARTY CLAIMS**<br><br>Judge: Hon. Rita F. Lin |

**STATUS REPORT ON THIRD-PARTY CLAIMS**

**TO THE COURT:**

On June 6, 2024, Plaintiff, John Prutsman, and Defendant Nonstop Administration and Insurance Services, Inc., (collectively "Parties"), participated in a mutually agreed-upon mediation

with Bennett G. Picker, Esquire of Stradley Ronon Stevens & Young. This mediation proved to be successful, and the Parties settled the claims in the matter of *Prutsman v. Nonstop Administration Insurance Services, Inc.* Third-party claims against Conor Brian Fitzpatrick remained open.

Since mediation the Parties have engaged in active settlement negotiations with third-party Defendant Conor Brian Fitzpatrick. Nonstop Defendant and third-party Defendant continue to discuss the possibility of settlement and hope to resolve this matter without further Court intervention. Nonstop Defendant and third-party Defendant will promptly advise the Court if and when settlement terms are reached and will provide a further status report on their efforts no later than Monday, September 30, 2024.

Dated: August 12, 2024     **CIPRIANI & WERNER PC**

By: /s/ Jill Fertel
    Jill H. Fertel, Esq.


Dated: August 12, 2024     **WARREN KASH WARREN**

By: /s/ Erika Warren
    Erika Warren, Esq.