| | |
|---|---|
| 1 | Ernest F. Koschineg, Esq. (*pro hac vice*) |
| 2 | Jill Fertel, Esq. (*pro hac vice*)<br>Antima Chakraborty, Esq. (*pro hac vice*) |
| 3 | **CIPRIANI & WERNER**<br>450 Sentry Parkway Suite 200 |
| 4 | Blue Bell, Pennsylvania 19422<br>Telephone:    (610) 567-0700 |
| 5 | Facsimile:    (610) 567-0712<br>ekoschineg@c-wlaw.com |
| 6 | jfertel@c-wlaw.com<br>achakraborty@c-wlaw.com |
| 7 | Robert G. Perkins, Esq (86617) |
| 8 | CLARK HILL, LLP<br>One American Plaza |
| 9 | 600 West Broadway, Ste 500<br>San Diego,  CCA 92101 |
| 10 | Telephone (619) 819-2411<br>Facsimile (619) 557-0460 |
| 11 | rperkins@clarkhill.com |
| 12 | *Attorneys for Defendant* |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, and DAVID KLEIN, individually and on behalf of all others similarly situated, | : : : : : : : | **Case No. 3:23-cv-01131-VC** |
| Plaintiffs, | : : | **CERTIFICATE OF SERVICE** |
| v. | : : | |
| NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., inclusive | : : : | |
| Defendant. | : : | |

CERTIFICATE OF SERVICE FOR STATUS REPORT
on THIRD-PARTY CLAIMS Case No. 3:23-cv-01131-RFL

-1-

**ATTESTATION**

I, Jill H. Fertel, attest that my signature listed, and on whose behalf the filing is submitted, concur in the filing's contents, and have authorized the filing.

/s/ *Jill H. Fertel*
Jill H. Fertel

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Antima Chakraborty*
Antima Chakraborty