1  Scott Edward Cole, Esq. (S.B. #160744)
Laura Van Note Esq. (S.B. #310160)
2  **COLE & VAN NOTE**
555 12th Street, Suite 2100
3  Oakland, California 94607
Telephone:  (510) 891-9800
4  Facsimile:   (510) 891-7030
Email:   sec@colevannote.com
5  Email:   lvn@colevannote.com

6  Gary M. Klinger, Esq. (*pro hac vice*)
**MILBERG COLEMAN BRYSON**
7  **PHILLIPS GROSSMAN, PLLC**
227 W Monroe Street, Suite 2100
8  Chicago, Illinois 60606
Telephone: (866) 252-0878
9  Email:   gklinger@milberg.com
Email:   jnelson@milberg.com

10  *Plaintiffs' Interim Co-Lead Class Counsel*

11

12  *Additional Counsel Listed on the Signature Page*

13  UNITED STATES DISTRICT COURT

14  NORTHERN DISTRICT OF CALIFORNIA

15  JOHN PRUTSMAN, AMIRA MARTZ,    | **CASE NO. 3:23-CV-01131-RFL**
SIMCHA RINGEL, NAIOMI MARDEN,
16  ALANA BALAGOT, CORINNE        | **STIPULATION RE: PROPOSED**
WARREN, SUNNY LAI, AND DAVID    | **EXTENSION OF TIME TO FILE MOTION**
17  KLEIN, INDIVIDUALLY AND ON     | **FOR PRELIMINARY APPROVAL OF CLASS**
BEHALF OF ALL OTHERS SIMILARLY  | **ACTION SETTLEMENT AND STATUS**
18  SITUATED,                      | **UPDATE RE THIRD PARTY CLAIMS;**
                                   | **[~~PROPOSED~~] ORDER**
19          PLAINTIFFS,
20  VS.

21
22  NONSTOP ADMINISTRATION AND     | Judge: Hon. Rita F. Lin
INSURANCE SERVICES, INC.,
INCLUSIVE,
23
        DEFENDANT.
24

25

26

27

28

1       Plaintiffs John Prutsman, Amira Martz, Simcha Ringel, Naiomi Marden, Alana Balagot,

2   Corrine Warren Sunny Lai, and David Klein, (hereinafter "Plaintiffs"), and Defendant Nonstop

3   Administration and Insurance Services, Inc., (hereinafter "Defendant" or "Nonstop"), collectively

4   referred to as "the Parties", hereby stipulate, subject to the Court's agreement, to extend the

5   deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement

6   and for the Parties to file a status update regarding the third-party claims against Conor Fitzpatrick,

7   and in support thereof state as follows:

8       WHEREAS, on June 6, 2024, the Parties conducted a full-day mediation before the well-

9   respected mediator Bennet G. Picker of Stradley Ronan and after extensive negotiations,

10   eventually reached a class wide settlement in principle;

11       WHEREAS, on June 27, 2024 the Parties filed a Joint Case Management Statement and

12   Notice of Settlement and requested forty-five (45) days for Plaintiffs to file their Motion for

13   Preliminary Approval (ECF No. 92) and on July 1, 2024 the Court vacated the Case Management

14   Conference set for July 3, 2024 and further ordered that the deadline for Plaintiffs to file their

15   Motion and a status update regarding the third-party claims against Conor Fitzpatrick be set for

16   August 12, 2024 (ECF No. 93);

17       WHEREAS, the Parties have been mutually working together to finalize the settlement

18   agreement and accompanying papers, and to select a settlement administrator to oversee the notice

19   and claims procedure;

20       WHEREAS, the Parties require a brief extension of time to finalize the agreement and for

21   Plaintiffs' to draft their Motion for Preliminary Approval once the agreement has been finalized

22   and the settlement administrator selected; and

23       WHEREAS, to preserve party and judicial resources, the Parties agree that the deadline for

24   Plaintiffs to file their Motion and status update should be extended fourteen (14) days, subject to

25   Court approval;

26       NOW THEREFORE, subject to the Court's approval and Order, it is stipulated by and

27   between the parties, through their respective counsel of record, that Plaintiffs' deadline to file their

28

1  Motion for Preliminary Approval and the deadline for the Parties to file a status update regarding

2  the third-party claims against Conor Fitzpatrick be enlarged by fourteen (14) days.

3  **IT IS SO STIPULATED.**

4  Dated: August 12, 2024                    **COLE & VAN NOTE**

5

6                                     By:  */s/ Scott Edward Cole*
                                           Scott Edward Cole, Esq.
7

8  Dated: August 12, 2024                    **MILBERG COLEMAN BRYSON**
                                             **PHILLIPS GROSSMAN, PLLC**
9

10

11                                    By:  */s/ Gary M. Klinger*
                                           Gary M. Klinger, Esq.

12                                    *Plaintiffs' Interim Co-Lead Class Counsel*

13  Dated: August 12, 2024                   **CIPRIANI & WERNER PC**

14

15                                    By:  */s/ Jill H. Fertel*
                                           Jill H. Fertel, Esq.

16

17                                    *Counsel for Defendant*

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

**THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING**, the Court hereby enters its Order extending Plaintiffs' deadline to file their Motion for Preliminary Approval and the deadline for the Parties to file a status update regarding the third-party claims against Conor Fitzpatrick be enlarged by fourteen (14) days, or on or before August 26, 2024.

**IT IS SO ORDERED**.

Dated: August 13, 2024

_____
Hon. Rita F. Lin
United States District Court for the Northern District of California