1  Scott Edward Cole, Esq. (S.B. #160744)
   Laura Van Note Esq. (S.B. #310160)
2  **COLE & VAN NOTE**
   555 12th Street, Suite 2100
3  Oakland, California 94607
   Telephone: (510) 891-9800
4  Facsimile: (510) 891-7030
   Email: sec@colevannote.com
5  Email: lvn@colevannote.com

6  Gary M. Klinger, Esq. (*pro hac vice*)
   **MILBERG COLEMAN BRYSON**
7  **PHILLIPS GROSSMAN, PLLC**
   227 W Monroe Street, Suite 2100
8  Chicago, Illinois 60606
   Telephone: (866) 252-0878
   Email: gklinger@milberg.com
9  Email: jnelson@milber.com

10 *Plaintiffs' Interim Co-Lead Class Counsel*

11 *Additional Counsel Listed on the Signature Page*

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br>VS.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., INCLUSIVE,<br><br>DEFENDANT. | CASE NO. 3:23-CV-01131-RFL<br><br>**STIPULATION RE: PROPOSED SECOND EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER**<br><br>Judge: Hon. Rita F. Lin |

Plaintiffs John Prutsman, Amira Martz, Simcha Ringel, Naiomi Marden, Alana Balagot, Corrine Warren Sunny Lai, and David Klein, (hereinafter "Plaintiffs"), and Defendant Nonstop Administration and Insurance Services, Inc., (hereinafter "Defendant" or "Nonstop"), collectively referred to as "the Parties", hereby stipulate, subject to the Court's agreement, to extend the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement, and in support thereof state as follows:

WHEREAS, on June 6, 2024, the Parties conducted a full-day mediation before the well-respected mediator Bennet G. Picker of Stradley Ronan and after extensive negotiations, eventually reached a class wide settlement in principle;

WHEREAS, on June 27, 2024 the Parties filed a Joint Case Management Statement and Notice of Settlement and requested forty-five (45) days for Plaintiffs to file their Motion for Preliminary Approval (ECF No. 92) and on July 1, 2024 the Court vacated the Case Management Conference set for July 3, 2024 and further ordered that the deadline for Plaintiffs to file their Motion and a status update regarding the third-party claims against Conor Fitzpatrick be set for August 12, 2024 (ECF No. 93);

WHEREAS, the Parties have been mutually working together to finalize the settlement agreement and accompanying papers, and to select a settlement administrator to oversee the notice and claims procedure;

WHEREAS, the Parties requested and the Court granted a fourteen (14) day extension of time to finalize the agreement and for Plaintiffs' to draft their Motion for Preliminary Approval once the agreement has been finalized and the settlement administrator selected (ECF Nos. 95-96); and

WHEREAS, since that time the Parties have selected a settlement administrator and finalized the settlement and motion for preliminary approval and are in the process of having the settlement agreement executed by Plaintiffs and are now requesting a second extension of time to fully execute the settlement agreement, subject to Court approval;

NOW THEREFORE, subject to the Court's approval and Order, it is stipulated by and between the parties, through their respective counsel of record, that Plaintiffs' deadline to file their

Motion for Preliminary Approval be enlarged by an additional fourteen (14) days or until September 13, 2024.

**IT IS SO STIPULATED.**

Dated: August 26, 2024                          **COLE & VAN NOTE**

                                                By:  */s/ Scott Edward Cole*
                                                     Scott Edward Cole, Esq.

Dated: August 26, 2024                          **MILBERG COLEMAN BRYSON**
                                                **PHILLIPS GROSSMAN, PLLC**

                                                By:  */s/ Gary M. Klinger*
                                                     Gary M. Klinger, Esq.

                                                *Plaintiffs' Interim Co-Lead Class Counsel*

Dated: August 26, 2024                          **CIPRIANI & WERNER PC**

                                                By:  */s/ Jill H. Fertel*
                                                     Jill H. Fertel, Esq.

                                                *Counsel for Defendant*

**ORDER**

**THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING**, the Court hereby enters its Order extending Plaintiffs' deadline to file their Motion for Preliminary Approval and the deadline for the Parties to file a status update regarding the third-party claims against Conor Fitzpatrick be enlarged by fourteen (14) days, or on or before September 13, 2024.

**IT IS SO ORDERED**.

Dated: _____ \_\_\_\_, 2024

_____
Hon. Rita F. Lin
United States District Court for the Northern District of California