Ernest F. Koschineg, Esq. *(pro hac vice)*
Antima Chakraborty, Esq. *(pro hac vice)*
**CIPRIANI & WERNER PC**
450 Sentry Parkway, Ste. 200
Blue Bell, PA 19422
Telephone: (610) 567-0700
ekoschineg@c-wlaw.com
achakraborty@c-wlaw.com

Roger G. Perkins, Esq. (S.B. 86617)
**Clark Hill LLP**
One America Plaza
600 West Broadway, Ste. 500
San Diego, CA 92101
Telephone: (619) 819-2432
rperkins@clarkhill.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., Inclusive, <br><br> Defendant. | **CASE NO. 3:23-CV-01131-RFL** <br><br> **NONSTOP DEFENDANT'S STATUS REPORT ON THIRD-PARTY CLAIMS** <br><br> Judge: Hon. Rita F. Lin |

**STATUS REPORT ON THIRD-PARTY CLAIMS**

**TO THE COURT:**

On June 6, 2024, Plaintiff, John Prutsman, and Defendant Nonstop Administration and Insurance Services, Inc., (collectively "Parties"), participated in a mutually agreed-upon mediation with Bennett G. Picker, Esquire of Stradley Ronon Stevens & Young. This mediation proved to be successful, and the Parties settled the claims in the matter of *Prutsman v. Nonstop*

1  *Administration Insurance Services, Inc.* Third-party claims against Conor Brian Fitzpatrick
2  remained open.
3       Since mediation the Parties have engaged in settlement negotiations with third-party
4  Defendant Conor Brian Fitzpatrick. Nonstop Defendant and third-party Defendant have not been
5  able to reach an agreement on the terms of the settlement.
6       As a result, Nonstop Defendant is requesting a virtual Settlement Conference with
7  Her Honor.

Dated:                              **CIPRIANI & WERNER PC**

                                    By:   */s/ Antima Chakraborty*
                                          Antima Chakraborty, Esq.

Ernest F. Koschineg, Esq. (*pro hac vice*)
Antima Chakraborty, Esq. (*pro hac vice*)
**CIPRIANI & WERNER**
450 Sentry Parkway Suite 200
Blue Bell, Pennsylvania 19422
Telephone:    (610) 567-0700
Facsimile:    (610) 567-0712
ekoschineg@c-wlaw.com
achakraborty@c-wlaw.com

Robert G. Perkins, Esq
(86617) CLARK HILL, LLP
One American Plaza
600 West Broadway, Ste 500
San Diego,  CCA 92101
Telephone (619) 819-2411
Facsimile (619) 557-0460
rperkins@clarkhill.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, and DAVID KLEIN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., inclusive<br><br>            Defendant. | **Case No. 3:23-cv-01131-RFL**<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Rita F. Lin |

CERTIFICATE OF SERVICE FOR STATUS REPORT
on THIRD-PARTY CLAIMS Case No. 3:23-cv-01131-RFL

-1-

**ATTESTATION**

I, Antima Chakraborty, attest that my signature listed, and on whose behalf the filing is submitted, concur in the filing's contents, and have authorized the filing.

*/s/ Antima Chakraborty*
Antima Chakraborty

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Antima Chakraborty*
Antima Chakraborty