Scott Edward Cole, Esq. (S.B. #160744)
Laura Van Note Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:  (510) 891-9800
Facsimile:   (510) 891-7030
Email:  sec@colevannote.com
Email:   lvn@colevannote.com

Gary M. Klinger, Esq. (*pro hac vice*)
John N. Nelson, Esq. (S.B. # 317598)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
Email:    gklinger@milberg.com
Email:    jnelson@milber.com

*Plaintiffs' Interim Co-Lead Class Counsel*

*Additional Counsel Listed on the Signature Page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, AND DAVID KLEIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br> VS. <br><br> NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., INCLUSIVE, <br><br> DEFENDANT. <br><br> This Document Relates To: All Actions | Case No. 3:23-CV-01131-RFL <br><br> **JOINT ADMINISTRATIVE MOTION TO CONVERT HEARING TO ZOOM** |

Pursuant to Civil Local Rule 7-11, all parties in the cases captioned *Prutsman v. Nonstop Administration and Insurance Services, Inc.,* Case No. 3:23-cv-01131-VC, jointly move the Court to convert the upcoming hearing on the Motion for Preliminary Approval [ECF No. 101]

to Zoom. At present, the hearing is scheduled to be in-person on October 15, 2024 at 10:00 a.m. Several attorneys for Plaintiffs' counsel and Defendant's counsel in the above-captioned actions are based outside the Northern District of California.   Accordingly, in the interests of efficiency and conserving the Parties' resources, the Parties respectfully request that the Court convert the motion hearing to Zoom.  All Parties (including Defendant) agree with the relief sought in this Motion.

Respectfully Submitted,

Dated: October 7, 2024 **COLE & VAN NOTE**

By: */s/ Scott Edward Cole*
Scott Edward Cole, Esq.

Dated: October 7, 2024 **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By: */s/ Gary M. Klinger*
Gary M. Klinger, Esq.

*Plaintiffs' Interim Co-Lead Class Counsel*

Dated: October 7, 2024 **CIPRIANI & WERNER PC**

By: */s/ Antima Chakraborty*
Antima Chakraborty, Esquire

*Counsel for Defendant*

**ATTESTATION**

I, Gary M. Klinger, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents, and have authorized the filing.

*/s/ Gary M. Klinger*
Gary M. Klinger

---

JOINT ADMINISTRATIVE MOTION TO CONVERT HEARING TO ZOOM
Case No. 3:23-cv-01131

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

/s/ Gary M. Klinger
Gary M. Klinger

## SERVICE LIST

| Attorneys for Plaintiff Sunny Lai: | Attorneys for Plaintiff Warren: |
|---|---|
| *Sunny Lai v. Nonstop Administration and Insurance Services, Inc.* Case No. 3:23-cv-01323-LB | *Warren v. Nonstop Administration and Insurance Services,* Case No. 3:23-cv-01502-LB |
| Scott Edward Cole, Esq. (160744) Laura Grace Van Note, Esq. (310160) Cody Alexander Bolce, Esq. (326195) **COLE & VAN NOTE** 555 12th Street, Suite 1725 Oakland, California 94607 Telephone: (510) 891-9800 Facsimile: (510) 891-7030 Email: sec@colevannote.com; lvn@colevannote.com; cab@colevannote.com | M. Anderson Berry Gregory Haroutunian **Clayeo C. Arnold, A Professional Corporation** 865 Howe Avenue Sacramento, CA 95825 T: (916) 239-4778 aberry@justice4you.com gharoutunian@justice4you.com Email: tcoates@msdlegal.com; jdeters@msdlegal.com; dgould@msdlegal.com |