# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## PRE-SETTLEMENT TELEPHONIC CONFERENCE MINUTES

| **Date:** 11/14/2024 | **Time:** 2:15pm - 2:43pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 23-cv-01131-RFL (KAW) | **Case Name:** Prutsman v. Nonstop Administration and Insurance Services, Inc | |

**For Plaintiffs:**
Scott Cole

**For Defendant & 3rd Party Plaintiff:** Antima Chakraborty

**For 3rd Party Defendant Conor Fitzpatrick:** Erika Warren & Madeline Woodall

**Deputy Clerk:** William F. Tabunut            **Not Reported**

## PROCEEDINGS

Pre-settlement telephonic conference held. Matter set for further pre-settlement conference call on 12/3/2024 at 3:00pm. Mr. Cole and Mr. Klinger's firms are excused and do not need to be present at the next call or settlement conference. Parties are directed to use the same dial-in information contained within Docket 116.