**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**PRE-SETTLEMENT TELEPHONIC CONFERENCE MINUTES**

| **Date:** 12/3/2024 | **Time:** 3:00pm – 3:10pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 23-cv-01131-RFL (KAW) | **Case Name:** Prutsman v. Nonstop Administration and Insurance Services, Inc | |

**For Defendant & 3rd Party Plaintiff:** Antima Chakraborty & Jill Fertel

**For 3rd Party Defendant Conor Fitzpatrick:** Madeline Woodall

**Deputy Clerk:** William F. Tabunut              **Not Reported**

**PROCEEDINGS**

Pre-settlement telephonic conference held. Parties are finalizing terms of an agreement in principal and will file a notice of settlement on the docket once the parties have executed a final agreement.