Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:  sec@colevannote.com
Email:  lvn@colevannote.com

Gary M. Klinger, Esq. (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
Email:  gklinger@milberg.com

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORRINE WARREN, SUNNY LAI, and DAVID KLEIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC.,<br><br>Defendant.<br><br>This Document Related To: All Actions. | Case No. 3:23-cv-01131-RFL<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR:**<br>**(1) ATTORNEYS' FEES AND COSTS AND**<br>**(2) REQUEST FOR SERVICE AWARD.**<br><br>Date:    March 18, 2025<br>Time:   1:30 P.M.<br>Ctrm.:  15 – 18th Floor<br>Judge:  Hon. Rita F. Lin |

This matter came before the Court on a regular noticed motion for Attorneys' Fees. On October 15, 2024, the Court granted Plaintiff's Motion for Preliminary Approval of Class Action Settlement. Pursuant to the Court's Order, Plaintiffs John Prutsman, Amira Martz, Simcha Ringel,

Naiomi Marden, Alana Balagot, Corrine Warren, Sunny Lai and David Klein ("Representative Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their attorneys, now request that the Court award Class Counsels' Attorneys' Fees and Costs to be paid by Defendant Nonstop Administration and Insurance Services. Representative Plaintiffs also request a Service Award in the amount of $2,500 each. Defendant does not object to the relief requested in this Motion.

Based on the briefing and any evidence at the hearing, the Court determines that the request for Attorneys' Fees and Costs is reasonable. Accordingly, the Court **GRANTS** the Motion and awards, as follows:

1. Attorneys' Fees in the amount of $533,333.33.
2. Litigation Costs in the amount of $14,696.96.
3. Furthermore, the Court determines that the requested Service Awards for the Representative Plaintiffs are reasonable. Accordingly, the Court approves of Service Awards of $2,500 for each Representative Plaintiff.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800