Ernest F. Koschineg, Esq. (*pro hac vice*)
Jill Fertel, Esq. (*pro hac vice*)
**CIPRIANI & WERNER**
450 Sentry Parkway Suite 200
Blue Bell, Pennsylvania 19422
Telephone:    (610) 567-0700
Facsimile:    (610) 567-0712
ekoschineg@c-wlaw.com
jfertel@c-wlaw.com

Robert G. Perkins, Esq (86617)
CLARK HILL, LLP
One American Plaza
600 West Broadway, Ste 500
San Diego, CA 92101
Telephone (619) 819-2411
Facsimile (619) 557-0460
rperkins@clarkhill.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, and DAVID KLEIN, individually and on behalf of all others similarly situated, | : : : : : : : **Case No. 3:23-cv-01131-RFL** : : |
| Plaintiffs, | : **NOTICE OF DISMISSAL TO** |
| v. | : **SETTLE, DISCONTINUE AND** : **END CROSSCLAIM** |
| NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., inclusive | : : |
| Defendant | : : |
| v. | : : |
| JOHN DOE and CONOR BRIAN FITZPATRICK a/k/a/ "Pompompurin" | : : : |

## <u>NOTICE OF DISMISSAL TO SETTLE DISCONTINUE AND END</u>

THIRD-PARTY PLAINTIFF'S NOTICE OF DISMISSAL TO SETTLE DISCONTINUE AND END CROSSCLAIM AGAINST THIRD-PARTY DEFENDANT Case No. 3:23-cv-01131-RLF
-1-

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Kindly mark the Crossclaim against Conor Brian Fitzpatrick, the 3rd Party Defendant Settled, Discontinued and Ended with Prejudice.

Dated: January 27, 2025                    By:    /s/ Jill H. Fertel
                                                  Jill H. Fertel (*pro hac vice*)
                                                  Ernie F. Koschineg (*pro hac vice*)
                                                  **CIPRIANI & WERNER PC**
                                                  450 Sentry Parkway, Suite 200
                                                  Blue Bell, PA 19422
                                                  Telephone: (610) 567-0700
                                                  jfertel@c-wlaw.com
                                                  ekoschineg@c-wlaw.com

                                                  and

                                                  Roger G. Perkins, Esq. (S.B. 86617)
                                                  Clark Hill LLP
                                                  One America Plaza
                                                  600 West Broadway, Ste. 500
                                                  San Diego, CA 92101
                                                  Telephone: (619) 819-2432
                                                  rperkins@clarkhill.com

                                                  *Attorneys for Defendant Nonstop*