Scott Edward Cole, Esq. (S.B.# 160744)
Laura Van Note Esq. (S.B.# 310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com

Gary M. Klinger (pro hac vice)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Interim Class Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, AMIRA MARTZ, SIMCHA RINGEL, NAIOMI MARDEN, ALANA BALAGOT, CORINNE WARREN, SUNNY LAI, and DAVID KLEIN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., inclusive, <br><br> Defendant. <br><br> This Document Relates To: All Actions | Case No.: 3:23-CV-01131-RFL <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT** <br><br> Date: March 18, 2025 <br> Time: 1:30 p.m. PT <br> Dept: Courtroom 15 <br><br> The Hon. Rita F. Lin |

I, Scott M. Fenwick, declare as follows:

## INTRODUCTION

1.    I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with final approval of the Settlement.

2.    Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and claims administration services in more than 3,000 cases.

## BACKGROUND

3.    Kroll was appointed as the Settlement Administrator to provide notification and Claims Administration services in connection with that certain Class Action Settlement Agreement and Release (the "Settlement Agreement") entered into this Action. Kroll's duties in connection with the Settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act; (b) receiving and analyzing the Settlement Class Member contact list (the "Class List") from Defendant's Counsel; (c) creating a Settlement Website with online claim filing capabilities; (d) establishing a toll-free telephone number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Postcard Notice with detachable Claim Form via first-class mail; (g) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (h) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (i) receiving and processing Claim Forms; (j) receiving and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

processing Requests for Exclusion; and (k) such other tasks as counsel for the Parties  or the Court request Kroll to perform.

## NOTICE PROGRAM

**The CAFA Mailing**

4.      As noted above, on behalf of the Defendant, Kroll provided notice of the proposed Settlement pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b). At Defendant's Counsel's direction, on October 17, 2024, Kroll sent the CAFA Notice identifying the required documents, a true and correct copy of which is attached hereto as **Exhibit A**, via first-class certified mail to (a) the Attorney General of the United States, (b) the fifty-five (55) state and territorial Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit B**, and (c) via email to the Nevada Attorney General. The CAFA Notice directed the Attorneys General to the website www.CAFANotice.com, a site that contains all the documents relating to the Settlement referenced in the CAFA Notice.

**Data and Case Setup**

5.      On July 19, 2024, Kroll designated a post office box with the mailing address *Nonstop Data Breach*, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324, in order to receive Requests for Exclusion, Claim Forms, and correspondence from Settlement Class Members.

6.      On October 22, 2024, Kroll established a toll-free telephone number, (833) 627-7774, for Settlement Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system and/or by being connected to a live operator. As of March 3, 2025, the IVR system has received 240 calls, and eight (8) callers have been connected to live operators.

7.      On October 24, 2025, Kroll created a dedicated Settlement Website entitled www.nonstopclassactionsettlement.com. The Settlement Website "went live" on November 14, 2024, and contains a summary of the Settlement, important dates and deadlines, contact information for the Settlement Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Postcard Notice, Long Notice, Preliminary Approval Order,

Claim Form, Settlement Agreement, and Complaint, and allowed Settlement Class Members an opportunity to file a Claim Form online.

8.     On October 25, 2024, Kroll received one (1) data file from Defendant's Counsel. The file contained 115,682 records with a combination of names and physical mailing addresses for Settlement Class Members.  Kroll undertook several steps to reconcile the data file and compile the eventual Class List for the mailing of Postcard Notices. The data was re-formatted and de-duped based on name and physical mailing address, resulting in a Settlement Class size of 114,657.  Kroll then identified forty (40) records with missing or incomplete physical mailing address, leading to 114,617 unique records for receiving the Postcard Notices. Additionally, in an effort to ensure that Postcard Notices would be deliverable to Settlement Class Members, Kroll ran the Class List through the USPS's National Change of Address ("NCOA") database and updated the Class List with address changes received from the NCOA.

**The Notice Program**

9.     On November 14, 2024, Kroll caused 114,617 Postcard Notices to be mailed via first-class mail. A true and correct copy of the Postcard Notice, along with the Long Notice and Claim Form, are attached hereto as **Exhibits C, D, and E,** respectively.

**<u>NOTICE PROGRAM REACH</u>**

10.     As of March 3, 2025, 525 Postcard Notices were returned by the USPS with a forwarding address. Of those, 505 Postcard Notices were automatically re-mailed to the updated addresses provided by the USPS. The remaining twenty (20) Postcard Notices were re-mailed by Kroll to the updated address provided by the USPS.

11.     As of March 3, 2025, 1,484 Postcard Notices were returned by the USPS as undeliverable as addressed, without a forwarding address. Kroll ran 1,465 undeliverable records through an advanced address search. The advanced address search produced 1,090 updated addresses. Kroll has re-mailed Postcard Notices to the 1,090 updated addresses obtained from the advanced address search. Of the 1,090 re-mailed Postcard Notices, sixty-two (62) have been returned as undeliverable a second time. Kroll will continue to trace and re-mail Postcard Notices up through the Final Approval Hearing.

12.    Based on the foregoing, following all Postcard Notice re-mailings, Kroll has reason to believe that Postcard Notices likely reached 114,201 of the 114,657 Class Members, which equates to a reach rate of the direct mail notice of approximately 99.60%. This reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches[2] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[3]  The table below provides an overview of dissemination results for the direct Class Notice program.

| Direct Class Notice Program Dissemination & Reach | | |
|---|---|---|
| **Description** | **Volume of Class Members** | **Percentage of Class Members** |
| Settlement Class Members | 114,657 | 100.0% |
| **Initial Notice Mailing** | | |
| (+) Postcard Notices Mailed (Initial Campaign) | 114,617 | 99.97% |
| (-) Total Postcard Notices returned as undeliverable | (1,484) | 1.29% |
| **Supplemental Notice Mailing** | | |
| (+) Total Unique Postcard Notices Re-mailed | 1,090 | 0.95% |
| (-) Total Undeliverable (Re-Mailed) Postcard Notices | (62) | 0.05% |
| **Direct Notice Program Reach** | | |
| (=) Likely Received Direct Notice | 114,201 | 99.60% |

## CLAIM ACTIVITY

13.    The Claim Form Deadline was February 12, 2025.

14.    As of March 3, 2025, Kroll has received 5,415 Claim Forms through the mail and 3,369 Claim Forms filed electronically through the Settlement Website. Kroll is still in the process of reviewing and validating Claim Forms.

15.    As of March 3, 2025, Kroll has received twenty-seven (27) late Claim Forms.

---

[2] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

[3] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation:  A Pocket Guide for Judges, at 27 (3d Ed. 2010).

16.     To prevent Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, Settlement Class Members were provided a unique "Class Member ID" on their respective notices as part of the claims process. The Class Member ID is required for Settlement Class Members to file a Claim Form online.

## EXCLUSIONS AND OBJECTIONS

17.     The Request for Exclusion Deadline and Objection Date was January 13, 2025.

18.     Kroll has received one (1) timely Request for Exclusion. Settlement Class Members were not instructed to submit their objection to the Settlement Administrator, and none have been received by Kroll. A list of the exclusion received is attached hereto as **Exhibit F**.

## COSTS OF NOTICE PROGRAM

19.     As of March 3, 2025, Kroll has billed $82,642.19 for services and fees incurred in the administration of this matter. Kroll estimates that it will bill an additional $42,000 to complete the administration of this Settlement, for a combined estimated total of $124,462.19. The current estimate is subject to change depending on factors such as the number of claims remaining to be reviewed, number of claims filed, and/or any Settlement administration scope change not currently under consideration.  This estimate is based on Kroll's many years of experience administering class action settlements.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on March 4, 2025, in Estero, Florida.


_Scott M. Fenwick_
Scott M. Fenwick

# Exhibit A



VIA U.S. MAIL

Date:    October 17, 2024

To:    All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
(*see attached service list*)

Re:    CAFA Notice for the proposed Settlement in *Prutsman et al. v. Nonstop Administration and Insurance Services, Inc., No. 3:23-cv-011131-RFL*, pending in the United States District Court Northern District of California

Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Defendant Nonstop Administration and Insurance Services, Inc., ("Defendant" or "*Nonstop Administration and Insurance Services, Inc.*") hereby notifies you of the proposed Settlement of the above-captioned action (the "Action"), currently pending in the United States District Court Northern District of California (the "Court").

Eight items must be provided to you in connection with any proposed class action settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is addressed below, and all exhibits are available for download at www.CAFANotice.com under the folder entitled *Prutsman et al. v. Nonstop Administration and Insurance Services, Inc.*:

1.    28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the complaint and any amended complaints.

The Consolidated and Amended Class Action Complaint is available as **Exhibit A**.

2.    28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class action.

On September 13, 2024, Plaintiff filed a Motion for Preliminary Approval of the class action Settlement, which was granted by Order dated October 15, 2024. The Court has scheduled the Final Approval Hearing for this matter for March 18, 2024. The Preliminary Approval Order is available as **Exhibit B**.

3.    28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members.

Copies of the proposed long form Notice, short form Notice, and Claim Form will be provided to Class Members and will be available on the Settlement Website created for the administration of this matter. These are available as **Exhibits C**, **D**, and **E**, respectively. The Notices describe, among other things, the

claim submission process and the Class Members' rights to object or exclude themselves from the Class.

4.  28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.

    The Settlement Agreement is available as **Exhibit F**.

5.  28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.

    There are no other settlements or other agreements between Class Counsel and counsel for Defendant beyond what is set forth in the Settlement Agreement.

6.  28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.

    The Court has not yet entered a final judgment or notice of dismissal. Accordingly, no such document is presently available.

7.  28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

    The definition of the Class in the proposed Settlement Agreement means the Nationwide Class of all individuals within the United States of America whose PHI/PII was exposed to unauthorized third parties as a result of the data breach discovered by Defendant on or about December 22, 2022.

    The complete list and counts by state of Class Members is not known.

8.  28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).

    The Preliminary Approval Order is available as **Exhibit B**.

    If you have any questions about this notice, the Action, or the materials available for download at www.CAFANotice.com under the folder entitled *Prutsman et al. v. Nonstop Administration and Insurance Services, Inc.*, please contact the undersigned below.

                          Respectfully submitted,

                          Drew Perry
                          Senior Manager
                          Drew.Perry@Kroll.com

# Exhibit B

# CAFA NOTICE SERVICE LIST

**U.S. Attorney General**
Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building, Utulei
3rd FL, PO Box 7
Utulei, AS 96799

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
Rob Bonta
1300 I St., Ste. 1740
Sacramento, CA 95814

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
Ashley Moody
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Russell Coleman
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Liz Murrill
1885 North Third St
Baton Rouge, LA 70802

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Andrea Campbell
1 Ashburton Place, 20th Floor
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota St, Suite 1400
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Andrew Bailey
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701
* NVAGCAFAnotices@ag.nv.gov

**New Hampshire Attorney General**
John Formella
33 Capitol Street
Concord, NH 03301

* Preferred

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
P.O. Drawer 1508 Santa Fe,
NM 87504-1508

**New York Attorney General**
Letitia A. James
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224

**North Carolina Attorney General**
Josh Stein
Dept. of Justice, P.O.Box 629
Raleigh, NC 27602-0629

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Domingo Emanuelli Hernandez
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
425 5th Avenue North
PO Box 20207
Nashville, TN 37202

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Gordon C. Rhea
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Sean Reyes
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
Patrick Morrisey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State
Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
State Capitol Bldg.
109 State Capitol
Cheyenne, WY 82002

Exhibit C

Nonstop Data Breach
c/o Kroll Settlement Administration LLC
PO Box 5324
New York, NY 10150-5324

FIRST CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

### ELECTRONIC SERVICE REQUESTED

---

**CLASS NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

*Prutsman, et al. v. Nonstop Administration and Insurance Services, Inc.*
Case No. 3:23-cv-011131-RFL
United States District Court for the Northern District of California

**PLEASE READ THIS NOTICE CAREFULLY AS YOUR LEGAL RIGHTS MAY BE AFFECTED. A CLASS ACTION SETTLEMENT HAS BEEN REACHED UNDER WHICH YOU MAY BE ENTITLED TO A PAYMENT OR OTHER RELIEF.**

*This is a Court-authorized Class Notice of a proposed class action Settlement. This is not a solicitation from a lawyer and is **not** notice of a lawsuit against you.*

---

<<Refnum Barcode>>

CLASS MEMBER ID: <<Refnum>>

**Postal Service: Please do not mark barcode**

[FIRST NAME] [LAST NAME]
[COMPANY]
[ADDRESS 1]
[ADDRESS 2]
[CITY] [STATE] [ZIP][ZIP4]

**What is this lawsuit about?** This is a Court-authorized Class Notice of a proposed Settlement in a class action lawsuit, *Prutsman, et al. v. Nonstop Administration and Insurance Services, Inc.*, Case No. 3:23-cv-01131-RFL ("Action"), pending in the United States District Court for the Northern District of California. The Settlement will resolve a lawsuit brought on behalf of persons who allege Nonstop Administration and Insurance Services, Inc. ("Defendants" or "Nonstop") committed negligence and other legal violations in connection with a December 22, 2022, Data Breach and was announced by Nonstop on about February 15, 2023. Nonstop denies these allegations, denies violations of any law, and denies all liability.

**Who is a Class Member?**
<u>Nationwide Class Member:</u> All individuals within the United States of America whose PHI/PII was exposed to unauthorized third parties as a result of the Data Breach discovered by Defendant on or about December 22, 2022.

<u>California Subclass Member:</u> You are also a California Subclass member if you are an individual within the State of California whose PHI/PII was exposed to unauthorized third parties as a result of the data breach discovered by Defendant on or about December 22, 2022.

**What are the benefits?** The Settlement provides the following benefits:
• **Compensation for Out-of-Pocket Losses:** All Class Members may submit a claim for Out-of-Pocket Losses up to five thousand dollars ($5,000) per individual. Defendant will pay valid and timely submitted claims for the following: unreimbursed costs, expenses or charges incurred addressing or remedying identity theft, fraud, or misuse of personal information and/or other issues reasonably traceable to the Data Breach upon submission of an approved claim and supporting third-party documentation.
• **Alternative Cash Payment:** All Class Members may claim an alternative cash payment in an amount estimated to be approximately fifty dollars ($50) by submitting a timely and valid Claim Form.
• **California Statutory Claim Payments:** Class Members who were residents of California from December 22, 2022, to February 12, 2025 ("California Subclass Members") can submit a claim for a California Statutory Payment of $100 for their statutory claims under the California Consumer Privacy Act in addition to the reimbursement for Out-of-Pocket Losses and Alternative Cash Payment.

**How to file a claim**. You must file a Claim Form by mail postmarked by **February 12, 2025**, and mailed to the Settlement Administrator's address below, or online at **www.NonstopClassActionSettlement.com** by **February 12, 2025** to receive compensation from the Settlement.

**What are my other rights?**
• **Do Nothing:** If you do nothing, you remain in the Settlement. You give your rights to sue but you will not get any compensation as a Class Member.
• **Exclude Yourself:** You can get out of the Settlement and keep your right to sue about the claims in this Action, but you will not get any compensation from the Settlement. You must submit a Request for Exclusion to the Settlement Administrator by **January 13, 2025**.
• **Object:** You can stay in the Settlement but tell the Court why you think the Settlement should not be approved. Your written objection must be submitted by **January 13, 2025**. Detailed instructions on how to file a Claim Form, exclude yourself, or object can be found on the Class Notice found on the Settlement Website.
• **Attend a hearing:** The Court will hold the Final Approval Hearing on **March 18, 2025** at **1:30 p.m. PT**, to consider whether the proposed Settlement is fair, reasonable, and adequate, to consider Plaintiff's Counsel's Fees and Expenses amount for attorneys' fees and costs not to exceed $5333,333.33 plus reasonable expenses, and request a Service Award of $2,500 for each Class Representative, and to consider whether and if it should be approved. You may attend the hearing, with your own attorney, at your own expense, but you do not have to.

**This is only a summary.** For additional information, including a copy of the Settlement Agreement and other documents, visit the documents section of the Settlement Website or call (833) 627-7774. You may also contact the Settlement Administrator to update your address or contact information at *Nonstop Data Breach*, c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324.



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 36777   PHILADELPHIA PA

POSTAGE WILL BE PAID BY ADDRESSEE

KROLL SETTLEMENT ADMINISTRATION LLC
PO BOX 5324
NEW YORK NY   10126-2877

<<Barcode>>
Class Member ID: <<Refnum>>

*Nonstop Data Breach,*
Case No. 3:23-cv-011131-RFL



**VISIT THE SETTLEMENT WEBSITE BY
SCANNING THE PROVIDED QR CODE**

## POSTCARD CLAIM FORM

You must file a Claim Form by mail postmarked by **February 12, 2025**, and mailed to the Settlement Administrator by returning this claim form to the address on the back of this postcard or online at **www.NonstopClassActionSettlement.com** by **February 12, 2025** to receive compensation from the Settlement.

Class Member ID: <<refnum>>

<<firstname>> <<lastname>>

<<Company>>

<<address1>> <<address2>>

<<City>>, <<State>> <<Zip>>

If different than the preprinted data on the left, please print your correct information:

_____ __  _____
First Name                                     MI    Last Name

_____
Address

_____  ____  __  __ __ __ __ __
City                                               State        ZipCode

### COMPENSATION FOR OUT-OF-POCKET LOSSES

By checking the below box, I choose to file a claim for Out-of-Pocket Losses in lieu of the Alternative Fund Payment

☐ Yes, I choose to file a claim for Out-of-Pocket Losses.

_____    ___ ___ / ___ ___ / ___ ___ ___ ___              $ ___ ___ ___ ___. ___ ___
Cost Type                                                     Approximate Date of Loss:                                             Amount of Loss:

Description of Supporting Reasonable Documentation: _____

### ALTERNATIVE FUND PAYMENT

This payment can be in addition to the California Statutory Payment. By checking the below box, I choose an estimated $50 pro rata Alternative Cash Payment in lieu of a claim for Out-of-Pocket Losses. ☐ Yes, I choose a pro rata Alternative Cash Payment estimated to be $50.

### CALIFORNIA STATUTORY PAYMENT

You may also submit a claim for Out-of-Pocket Losses OR the Alternative Cash Payment above.
**By checking the below box, I choose an estimated $100 *pro rata* Cash Fund Payment**.

☐ Yes, I choose a California Statutory Payment estimated to be $100. I affirm that I am an individual within the State of California whose PHI/PII was exposed to unauthorized third parties as a result of the Data Breach discovered by Defendant on or about December 22, 2022.

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

Signature:_____ Print Name:_____ Date (mm/dd/yyyy): ___ ___/___ ___/___ ___ ___ ___

Exhibit D

## CLASS NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**If Nonstop Administration and Insurance Services, Inc. ("Nonstop") Notified You of A Data Breach, You May Be Eligible For Benefits From A Class Action Settlement.**

*This is <u>not</u> a solicitation from a lawyer, junk mail, or an advertisement. A Court authorized this Class Notice.*

- A proposed $1,600,000 Settlement has been reached in a class action lawsuit known as *Prutsman, et al. v. Nonstop Administration and Insurance Services, Inc.,* Case No. 3:23-cv-011131-RFL, ("Action"), filed in the United States District Court for the Northern District of California.
- This Action alleges that on or about December 22, 2022, Nonstop suffered a Data Breach and was announced by Nonstop on about February 15, 2023. Nonstop disagrees with Plaintiffs' claims and denies any wrongdoing.
- All Class Members can receive the following benefits from the Settlement: Class Members are eligible to recover compensation for (1) reimbursement for Out-of-Pocket Losses, (2) Alternative Cash Payments, and (3) California Statutory Payments, if you are an individual within the state of California whose Protected Health Information/Personally Identifiable Information ("PHI/PII") was exposed to unauthorized third parties as a result of the Data Breach discovered by Defendant on or about December 22, 2022.
    - Reimbursement Claim:
        - **Compensation for Out-of-Pocket Losses**: All Class Members may submit a claim for Out-of-Pocket Losses up to five thousand dollars ($5,000) per individual. Defendant will pay valid and timely submitted claims for Out-of-Pocket Losses for unreimbursed costs or expenditures incurred by a Class Member in response to the Data Breach that were incurred between December 22, 2022, and the Claims Deadline, as result of the Data Breach. Ordinary Out-of-Pocket Losses may include, but are not limited to: unreimbursed costs, expenses or charges incurred addressing or remedying identity theft, fraud, or misuse of personal information and/or other issues reasonably traceable to the Data Breach.
    - **Alternative Cash Payment**: Class Members may claim an Alternative Cash Payment in an amount estimated to be approximately fifty dollars ($50) by submitting a timely and valid Claim Form. However, the amount of this Alternative Cash Payment shall be *pro rata* (increased or decreased) based on the funds remaining in the Settlement Fund following the payment of Attorneys' Fees and Expenses Award, any Service Award, the costs of Settlement administration, CAFA Notice, claims for Out-of-Pocket Losses.
    - **California Statutory Claim Payments**: Class Members who were residents of California from December 22, 2022, to February 12, 2025, ("California Settlement Class Members") can submit a claim for a California Statutory Payment of $100 for their statutory claims under the California Consumer Privacy Act. The California Statutory Payment is an additional Settlement benefit made available to California Settlement Class Members that is in addition to either reimbursement of claims for Out-of-Pocket Losses or the Alternative *Pro Rata* Cash Payment, and is subject to a *pro rata* decrease based on the amount remaining in the Settlement Fund following payment of the Fee Award and Expenses, cost of Settlement administration, CAFA Notice, and claims for Reimbursement of Out-of-Pocket Losses.

- Included in this Settlement as a Class Member are:
    - The Nationwide Class of all individuals within the United States of America whose PHI/PII was exposed to unauthorized third parties as a result of the Data Breach discovered by Defendant on or about December 22, 2022.
    - Excluded from the Settlement Class are: (1) the Judge and Magistrate Judge presiding over the Action, any members of the Judges' respective staffs, and immediate members of the Judges' respective families; (2) officers, directors, members and shareholders of Defendant; (3) persons who timely and validly request exclusion from and/or opt-out of the Settlement Class; (4) the successors and assigns of any such excluded persons; and (5) any person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the criminal activity or occurrence of the Data Breach or who pleads nolo contendere to any such charge.
- Your legal rights are affected regardless of whether you do or do not act. Read this Class Notice carefully.

## YOUR LEGAL RIGHTS & OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **Submit a Claim Form** | **You must submit a valid Claim Form to receive benefits from this Settlement.**<br><br>Claim Forms must be submitted online or mailed, postmarked no later than **February 12, 2025**. |
| **Do Nothing** | If you do nothing, you remain in the Settlement.<br><br>You give up your rights to sue and you will not get any cash compensation or reimbursement as a Class Member. |
| **Exclude Yourself** | **Get out of the Settlement. Get no money. Keep your rights.**<br><br>This is the only option that allows you to keep your right to sue about the claims in this Action. You will not get any money from the Settlement.<br><br>Your Request for Exclusion must be postmarked no later than **January 13, 2025**. |
| **File an Objection** | Stay in the Settlement but tell the Court why you think the Settlement should not be approved. Objections must be postmarked no later than **January 13, 2025**. |
| **Go to a Hearing** | You can ask to speak in Court about the fairness of the Settlement, at your own expense. *See* Question 18 for more details.<br><br>The Final Approval Hearing is scheduled for **March 18, 2025**, at **1:30 p.m. PT**. |

WHAT THIS CLASS NOTICE CONTAINS

**Basic Information**................................................................................................ **Page 4**

    1.   How do I know if I am affected by the Action and Settlement?

    2.   What is this Action about?

    3.   Why is there a Settlement?

    4.   Why is this a class action?

    5.   How do I know if I am included in the Settlement?

**The Settlement Benefits**................................................................................ **Pages 5**

    6.   What does this Settlement provide?

    7.   How to submit a Claim Form.

    8.   What am I giving up as part of the Settlement?

    9.   Will the Class Representatives receive compensation?

**Exclude Yourself**............................................................................................ **Pages 6**

    10.  How do I exclude myself from the Settlement?

    11.  If I do not exclude myself, can I sue later?

    12.  What happens if I do nothing at all?

**The Lawyers Representing You**.................................................................... **Page 6**

    13.  Do I have a lawyer in the case?

    14.  How will the lawyers be paid?

**Objecting to the Settlement**........................................................................ **Pages 6-7**

    15.  How do I tell the Court that I do not like the Settlement?

    16.  What is the difference between objecting and asking to be excluded?

**The Final Approval Hearing**........................................................................ **Pages 7-8**

    17.  When and where will the Court decide whether to approve the Settlement?

    18.  Do I have to come to the hearing?

    19.  May I speak at the hearing?

**Get More Information**.................................................................................... **Page 8**

    20.  How do I get more information about the Settlement

    21.  How do I update my contact information?

## BASIC INFORMATION

### 1. How do I know if I am affected by the Action and Settlement?

You are a Class Member if you are an individual within the United States of America whose PHI/PII was exposed to unauthorized third parties as a result of the Data Breach discovered by Defendant on or about December 22, 2022.

You are also a California Subclass member if you are an individual within the State of California whose PHI/PII was exposed to unauthorized third parties as a result of the Data Breach discovered by Defendant on or about December 22, 2022.

The Class specifically excludes (1) the Judge and Magistrate Judge presiding over the Action, any members of the Judges' respective staffs, and immediate members of the Judges' respective families; (2) officers, directors, members and shareholders of Defendant; (3) persons who timely and validly request exclusion from and/or opt-out of the Settlement Class; (4) the successors and assigns of any such excluded persons; and (5) any person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the criminal activity or occurrence of the Data Breach or who pleads nolo contendere to any such charge.

This Class Notice explains the nature of the Action and claims being settled, your legal rights, and the benefits to the Class.

### 2. What is this Action about?

This case is known as *Prutsman et al. v. Nonstop Administration and Insurance Services, Inc.,* Case No. 3:23-cv-011131-RFL, filed in the United States District Court for the Northern District of California. The persons who sued are called the "Plaintiffs" or "Class Representatives" and the company they sued, Nonstop Administration and Insurance Services, Inc., is known as the "Defendant" or "Nonstop" in this case.

Plaintiffs filed a lawsuit against Nonstop individually, and on behalf of anyone whose PHI/PII was potentially impacted as a result of the Data Breach.

This Action alleges that that on or about December 22, 2022, Nonstop suffered a Data Breach that was  announced by Nonstop on about February 15, 2023.

Nonstop denies all claims asserted against it in the Action, denies all allegations of wrongdoing and liability.

### 3. Why is there a Settlement?

By agreeing to settle, the Parties' desire to settle the Action and all claims arising out of or related to the allegations or subject matter of the class action and Action on the terms and conditions set forth herein for the purpose of avoiding the burden, expense, risk, and uncertainty of continuing to litigate the Action. The Plaintiffs, Nonstop, and their attorneys believe the proposed Settlement is fair, reasonable, and adequate and, thus, in the best interests for Class Members. The Court did not decide in favor of the Plaintiffs or Nonstops. Full details about the proposed Settlement are found in the Settlement Agreement available at www.NonstopClassActionSettlement.com.

### 4. Why is this a class action?

In a class action, one or more people called a "Class Representatives" sue on behalf of all people who have similar claims. All of these people together are the "Class" or "Class Members."

### 5. How do I know if I am included in the Settlement?

You are included in the Class if you are an individual within the United States of America whose PHI/PII was exposed to unauthorized third parties as a result of the Data Breach discovered by Defendant on or about December 22, 2022.

You are also a California Subclass Member if you are an individual within the state of California whose PHI/PII was exposed to unauthorized third parties as a result of the data breach discovered by Defendant on or about December 22, 2022.

If you are not sure whether you are included as a Class Member, or have any other questions about the Settlement, visit www.NonstopClassActionSettlement.com, call toll-free (833) 627-7774, or write to Nonstop Data Breach, c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324.

THE SETTLEMENT BENEFITS

## 6.   What does this Settlement provide?

The proposed Settlement will provide the following benefits to Class Members:

**Reimbursement Claim**

- **Compensation for Out-of-Pocket Losses:** All Class Members may submit a claim for Out-of-Pocket Losses up to five thousand dollars ($5000) per individual. Defendant will pay valid and timely submitted claims for the following: unreimbursed costs, expenses or charges incurred addressing or remedying identity theft, fraud, or misuse of personal information and/or other issues reasonably traceable to the Data Breach.

  Class Members who elect to submit a claim for reimbursement of Ordinary Out-of-Pocket Losses must provide to the Settlement Administrator the information required to evaluate the claim, including: (1) the Settlement Class Member's name and current address, (2) documentation supporting their claim, or (3) an attestation and a brief description of out-of-pocket expenses and how they were incurred. Documentation supporting Out-of-Pocket Losses can include receipts or other documentation not "self-prepared" by the Class Member that documents the costs incurred. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity to or support other submitted documentation

  To receive reimbursement for Out-of-Pocket Losses you must complete and submit either a written or online Claim Form to the Settlement Administrator, postmarked or electronically submitted on or before **February 12, 2025**. The Claim Form must be verified by the Class Member with an attestation that the claimant believes that the losses or expenses claimed were incurred as a result of the Data Breach.

- **Alternative Cash Payment:** All Class Members may claim an Alternative Cash Payment in an amount estimated to be approximately fifty dollars ($50) by submitting a timely and valid Claim Form. However, the amount of this Alternative Cash Payment shall be *pro rata* (increased or decreased) based on the funds remaining in the Settlement Fund following the payment of Attorneys' Fees and Expenses Award, any Service Award, the costs of Settlement administration, CAFA Notice, and claims for Out-of-Pocket Losses.

- **California Statutory Claim Payments:** Class Members who were residents of California from December 22, 2022, to February 12, 2025 ("California Subclass Members") can submit a claim for a California Statutory Payment of $100 for their statutory claims under the California Consumer Privacy Act. The California Statutory Payment in addition to either reimbursement of claims for Out-of-Pocket Losses or the Alternative Cash Payment, and is subject to a *pro rata* decrease based on the amount remaining in the Settlement Fund following payment of the Fee Award and Expenses, any Service Award, cost of Settlement administration, CAFA Notice, and claims for reimbursement of Out-of-Pocket Losses.

- **Business Practices Changes:** Plaintiffs have received assurances that Defendant either have undertaken or will undertake certain reasonable steps to further secure its systems.

## 7.   How to submit a Claim Form

All Claim Forms will be reviewed by the Settlement Administrator for completeness and plausibility. You must file a Claim Form to get cash compensation or reimbursement from the Settlement Fund under the proposed Settlement. Claim Forms must be submitted online or postmarked no later than **February 12, 2025**. For more information, please visit www.NonstopClassActionSettlement.com or you can call the Settlement Administrator at (833) 627-7774 for a Claim Form.

## 8.   What am I giving up as part of the Settlement?

If you stay in the Class, you will be eligible to receive benefits, but you will not be able to sue any Released Parties, meaning Nonstop, its parents, subsidiaries, predecessors, successors, divisions, joint ventures, affiliates and related entities and all of its respective past and present directors, officers, employees, partners, principals, agents, attorneys, insurers, reinsurers, assigns and related or affiliated entities regarding the claims in this case.

The Settlement Agreement, which includes all provisions about Released Claims, releases, and Released Parties, is available at www.NonstopClassActionSettlement.com.

The only way to keep the right to sue is to exclude yourself (*see* Question 10), otherwise you will be included in the Class, and, if the Settlement is approved, you give up the right to sue for the claims in this case.

## 9.   Will the Class Representatives receive compensation?

Yes. If approved by the Court, the Class Representatives will each receive a Service Award of up to $2,500, to compensate them for their services and efforts in bringing the Action. The Court will make the final decision as to the amount, if any, to be paid to the Class Representatives.

### EXCLUDE YOURSELF

## 10. How do I exclude myself from the Settlement?

If you do not want to be included in the Settlement, you must "opt-out" by sending a timely written Request for Exclusion. Your Request for Exclusion must (i) state the Class Member's full name and current address and signature, and (ii) specifically state his or her desire to be excluded from the Settlement and from the Class, and/or to waive all rights to the benefits of the Settlement.

Your written Request for Exclusion must be postmarked no later than **January 13, 2025** to:

Nonstop Data Breach
c/o Kroll Settlement Administration LLC
PO Box 5324
New York, NY 10150-5324

If you exclude yourself, you will not be able to receive any cash benefit from the Settlement, and you cannot object to the Settlement at the Final Approval Hearing. You will not be legally bound by anything that happens in the Action, and you will keep your right to sue Nonstop on your own for the claims that this Settlement resolves.

## 11. If I do not exclude myself, can I sue later?

No. If you do not exclude yourself from the Settlement, and the Settlement is approved by the Court, you forever give up the right to sue the Released Parties (listed in Question 8) for the claims this Settlement resolves.

## 12. What happens if I do nothing at all?

If you do nothing, you will be bound by the Settlement if the Court approves it, you will not get any money or reimbursement from the Settlement, you will not be able to start or proceed with a lawsuit or be part of any other lawsuit against the Released Parties (listed in Question 8) about the settled claims in this case at any time.

### THE LAWYERS REPRESENTING YOU

## 13. Do I have a lawyer in the case?

Yes. The Court has appointed Scott E. Cole of Cole & Van Note and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman PLLC (called "Class Counsel") to represent the interests of all Class Members in this case. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

## 14. How will the lawyers be paid?

Class Counsel will apply to the Court for a Fee Award and Expenses not to exceed one third of the total Settlement Fund, ($533,333.33), plus reasonable litigation costs and expenses. A copy of Plaintiff's Counsel's Fees and Expenses application and Service Award of $2,500 for each Class Representative will be posted on this Settlement Website, www.NonstopClassActionSettlement.com, before the Final Approval Hearing. The Court will make the decision final as to the amounts to be paid to Class Counsel and may award less than the amount requested by Class Counsel.

### OBJECTING TO THE SETTLEMENT

## 15. How do I tell the Court that I do not like the Settlement?

If you want to tell the Court that you do not agree with the proposed Settlement or some part of it, you must file an objection with the Court and with the Settlement Administrator by **January 13, 2025** (the "Objection Date") stating why you do not think the Settlement should be approved.

To be valid, each Objection must include:

 (i) the objector's full name, current address, current telephone number, and be personally signed;
 (ii) the case name and case number, *Prutsman, et al. v. Nonstop Administration and Insurance Services, Inc.*, Case No. 3:23-cv-011131-RFL, currently pending in the United States District Court for the Northern District of California;
 (iii) documentation sufficient to establish membership in one of the Classes, such as a copy of the Postcard Notice he or she received;
 (iv) a statement of the position(s) the objector wishes to assert, including the factual and legal grounds for the position(s);
 (v) copies of any other documents that the objector wishes to submit in support of his/her position;
 (vi) whether the objecting Class Member intends to appear at the Final Approval Hearing, and;
 (vii) whether the objecting Class Member is represented by counsel and, if so, the name, address, and telephone number of his/her counsel.

Your objection must be filed with the Clerk of Court by **January 13, 2025** at the following address:

> **CLERK OF THE COURT**
>
> 450 Golden Gate Ave.
> San Francisco, CA 94102

If you do not submit your objection with all requirements, or if your objection is not received by **January 13, 2025**, you will be considered to have waived all objections and will not be entitled to speak at the Final Approval Hearing.

## 16. What is the difference between objecting and asking to be excluded?

Objecting is simply telling the Court that you don't like something about the Settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the Settlement no longer affects you.

### THE FINAL APPROVAL HEARING

## 17. When and where will the Court decide whether to approve the Settlement?

The Court will hold the Final Approval Hearing on **March 18, 2025**, at **1:30 p.m. PT** in Courtroom 15, of the Honorable Judge Rita F. Lin of the United States District Court for the Northern District of California 450 Golden Gate Ave., San Francisco, CA 94102. The hearing may be moved to a different date, time, or location without additional Class Notice, so it is recommended that you periodically check the Settlement Website for updated information.

At the hearing, the Court will consider whether the proposed Settlement is fair, reasonable, adequate, and is in the best interests of Class Members, and if it should be finally approved. If there are valid objections, the Court will consider them and will listen to people who have asked to speak at the hearing if the request was made properly. The Court will also consider the Plaintiff's Counsel's Fees and Expenses to Class Counsel and the request for a Service Award to the Class Representatives.

### 18. Do I have to come to the hearing?

No. You are not required to come to the Final Approval Hearing. However, you are welcome to attend the hearing at your own expense.

If you submit an objection, you do not have to come to the hearing to talk about it. If your objection was submitted properly and on time, the Court will consider it. You also may pay your own lawyer to attend the Final Approval Hearing, but that is not necessary. However, you must follow the requirements for making objections in Question 15, including the requirements for making appearances at the hearing.

### 19. May I speak at the hearing?

Yes. You can speak at the Final Approval Hearing, but you must ask the Court for permission. To request permission to speak, you must file an objection according to the instructions in Question 15, including all the information required for you to make an appearance at the hearing. You cannot speak at the hearing if you exclude yourself from the Settlement.

## GET MORE INFORMATION

### 20. How do I get more information about the Settlement?

This is only a summary of the proposed Settlement. If you want additional information about this Action, including a copy of the Settlement Agreement, the Complaint, Class Notice, Preliminary Approval Order,  Claim Form and more, please visit the Settlement Website or call (833)  627-7774.  You may also contact the Settlement Administrator at Nonstop Data Breach, c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324.

### 21. How do I update my contact information?

To update your contact information call (833) 627-7774 or please visit the Settlement Website www.NonstopClassActionSettlement.com

**PLEASE DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR ACTION TO THE CLERK OF THE COURT, THE JUDGE, NONSTOP, OR DEFENDANT'S COUNSEL**

# Exhibit E

\*8309600000000\*

8 3 0 9 6 0 0 0 0 0 0 0

<table>
<tr><td>

**Your claim must be submitted online or postmarked by:**

February 12, 2025

</td><td>

**CLAIM FORM FOR NONSTOP DATA BREACH**

*Prutsman, et al. v. Nonstop Administration and Insurance Services, Inc.*
Case No.: 3:23-cv-011131-RFL
United States District Court for the Northern District of California

</td><td>

**NONSTOP-C**

</td></tr>
</table>

## USE THIS FORM <u>ONLY IF YOU ARE CLASS MEMBER</u>
## <u>GENERAL INSTRUCTIONS</u>

If you received Class Notice of this Settlement, the Settlement Administrator identified you as a Class Member who may have been involved in the Data Breach and were notified by Nonstop Administration and Insurance Services, Inc. on February 15, 2023 that they suffered a data incident. You may submit a claim for Settlement compensation, outlined below.

Please refer to the Class Notice posted on the Settlement Website www.NonstopClassActionSettlement.com, for more information on submitting a Claim Form and information on the aggregate cap on claims.

**<u>To receive Out-of-Pocket Losses benefits from this Settlement, you must submit the Claim Form below electronically at www.NonstopClassActionSettlement.com by February 12, 2025.</u>**

This Claim Form may also be mailed to the address below. Please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

Nonstop Data Breach
*c/o* Kroll Settlement Administration LLC
PO Box 5324
New York, NY 10150-5324

**<u>You may submit a claim for the following benefits:</u>**

Reimbursement Claims:
1)     **Compensation for Out-of-Pocket Losses:** All Class Members may submit a claim for Out-of-Pocket Losses up to five thousand dollars ($5,000) per individual, as result of the Data Breach.

       OR

2)     **Alternative Cash Payment:** Class Members may claim an Alternative Cash Payment in an amount estimated to be approximately fifty dollars ($50) by submitting a timely and valid Claim Form. However, the amount of this alternative cash payment shall be *pro rata* (increased or decreased) based on the funds remaining in the Settlement Fund following the payment of Attorneys' Fees and Expenses Award, any Service Award, the Costs of Settlement Administration, CAFA Notice, and claims for Out-of-Pocket Losses.

       AND

3)     **California Statutory Payments:** Class Members who were residents of California from December 22, 2022 to the end of the claims period can submit a claim for a California Statutory Payment of $100 for their statutory claims in addition to either reimbursement of claims. The California Statutory Payment is an additional settlement benefit made available to California Settlement Class Members that is in addition to either reimbursement of claims for Out-of-Pocket Losses or the Alternative *Pro Rata* Cash Payment, and is subject to a *pro rata* decrease based on the amount remaining in the Settlement Fund following

Questions? Go www.NonstopClassActionSettlement.com **or call** (833) 627-7774**.**

payment of the Fee Award and Expenses, any Service Award, costs of Settlement administration, CAFA Notice, and claims for Reimbursement of Out-of-Pocket Losses.

**Questions? Go** www.NonstopClassActionSettlement.com **or call** (833) 627-7774.

*83096*                          *CF*                          *Page 1 of 4*

83096                          CF                          Page 2 of 4

\*8309600000000\*

8 3 0 9 6 0 0 0 0 0 0 0

| Your claim must be submitted **online** or **postmarked by**: February 12, 2025 | **CLAIM FORM FOR NONSTOP DATA BREACH** *Prutsman, et al. v. Nonstop Administration and Insurance Services, Inc.* Case No.: 3:23-cv-011131-RFL United States District Court for the Northern District of California | **NONSTOP-C** |

## I. PAYMENT SELECTION

If you would like to elect to receive your cash compensation through electronic transfer, please visit the Settlement Website and timely file your Claim Form. The Settlement Website includes a step-by-step guide for you to complete the electronic payment option.

## II. CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

_____     _____

**First Name**                                                      **Last Name**

_____

**Address 1**

_____

**Address 2**

_____     ____ ____     ____ ____ ____ ____ ____

**City**                                                          **State**          **Zip Code**

**Email Address (optional):** _____@_____

**Telephone Number:** ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

## III.  PROOF OF DATA BREACH SETTLEMENT CLASS MEMBERSHIP

[ ]     Check this box to certify that you are an individual who may have been involved in the Data Breach and were notified that their PHI/PII may have been impacted as a result of the Data Breach.

Enter the Class Member ID Number provided on your postcard Class Notice:

**Class Member ID : 8 3 0 9 6** ____ ____ ____ ____ ____ ____ ____ ____

**Questions? Go** www.NonstopClassActionSettlement.com **or call** (833) 627-7774**.**

**\*8309600000000\***

8 3 0 9 6 0 0 0 0 0 0 0

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by</u>:**

February 12, 2025
</td><td>

### CLAIM FORM FOR NONSTOP DATA BREACH

*Prutsman, et al. v. Nonstop Administration and Insurance Services, Inc.*

Case No.: 3:23-cv-011131-RFL

United States District Court for the Northern District of California
</td><td>

**NONSTOP-C**
</td></tr>
</table>

## IV.  COMPENSATION FOR OUT-OF-POCKET LOSSES

All Class Members are also eligible to recover compensation for up to $5,000 per person for Out-of-Pocket Losses incurred as a result of the Data Breach, including:

(i)     *Out-of-pocket expenses incurred* as a direct result of the Data Breach, including but not limited to unreimbursed costs, expenses or charges incurred addressing or remedying identity theft, fraud, or misuse of personal information and/or other issues reasonably traceable to the Data Breach, and that are reasonably described and supported by an attestation under penalty of perjury.

(ii)    Class Members who elect to submit a claim for reimbursement of Out-of-Pocket Losses must provide to the Settlement Administrator the information required to evaluate the claim, including: (1) the Class Member's name and current address, (2) documentation supporting their claim, or (3) an attestation and a brief description of Out-of-Pocket Losses and how they were incurred.

This payment can be in addition to the California Statutory Payment.

**You must have unreimbursed Out-of-Pocket Losses incurred as a result of the Data Breach and submit documentation to obtain this reimbursement.**

☐   I have attached documentation showing that the claimed losses were more likely than not caused by the Data Breach.

"Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation.

| Cost Type (Fill all that apply) | Approximate Date of Loss | Amount of Loss | Description of Supporting Reasonable Documentation (Identify what you are attaching and why) |
|---|---|---|---|
| Example: Identity Theft Protection Service | <u>0</u> <u>7</u>/<u>17</u>/<u>2</u> <u>0</u> (mm/dd/yy) | $50.00 | Copy of identity theft protection service bill |
| | ___/___ ___/___ ___ (mm/dd/yy) | $_____._____ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $_____._____ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $_____._____ | |

**Questions? Go** www.NonstopClassActionSettlement.com **or call** (833) 627-7774**.**

*8309600000000*

8 3 0 9 6 0 0 0 0 0 0 0 0

**Questions? Go** www.NonstopClassActionSettlement.com **or call** (833) 627-7774**.**

*83096*                    *CF*                    *Page 3 of 4*

83096                       CF                    Page 3 of 4

\*8309600000000\*

8 3 0 9 6 0 0 0 0 0 0 0

| | |
|---|---|
| **Your claim must be submitted online or <u>postmarked by</u>:** February 12, 2025 | **CLAIM FORM FOR NONSTOP DATA BREACH** *Prutsman, et al. v. Nonstop Administration and Insurance Services, Inc.* Case No.: 3:23-cv-011131-RFL United States District Court for the Northern District of California | **NONSTOP-C** |

## IV. ALTERNATIVE CASH PAYMENT

By checking the below box, I choose an estimated $50 *pro rata* Alternative Cash Payment.

☐ Yes, I choose a *pro rata* Alternative Cash Payment estimated to be $50. You may also submit a claim for California Statutory Payment below, if you are an individual within the State of California whose PHI/PII was exposed to unauthorized third parties as a result of the data breach discovered by Defendant on or about December 22, 2022.

## IV. CALIFORNIA STATUTORY PAYMENT

By checking the below box, I choose an estimated $100 *pro rata* Cash Fund Payment. Please confirm you had a residential address in California between December 22, 2022 and February 12, 2025 below.

☐ Yes, I choose a California Statutory Payment estimated to be $100. I affirm that I am an individual within the State of California whose PHI/PII was exposed to unauthorized third parties as a result of the Data Breach discovered by Defendant on or about December 22, 2022. You may also submit a claim for Out-of-Pocket Losses OR the Alternative Cash Payment above.

_____

**Address 1**

_____

**Address 2**

_____  ___  ___  ___   ___  ___  ___  ___  ___

**City**                                                                          **State**               **Zip Code**

## VI.  ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

_____     ____ ____ / ____ ____ / ____ ____ ____ ____

Signature                                                                     Date

_____

Print Name

**Questions? Go** www.NonstopClassActionSettlement.com **or call** (833) 627-7774**.**

# Exhibit F

| Exclusion List | | |
|---|---|---|
| | | |
| Count | First Initial | Last Name |
| 1 | C | WHITSON |