UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC., <br><br> Defendant. | Case No. 23-cv-01131-RFL <br><br> **ORDER FOR SUPPLEMENTAL BRIEFING** <br><br> Re: Dkt. Nos. 119, 124 |

Plaintiffs are ordered to address the following issues concerning their motion for attorneys' fees and costs (Dkt. No. 119) and motion for final approval of class action settlement (Dkt. No. 124), via supplemental briefing by March 13, 2025.

Although Plaintiffs state in their final approval motion that no objections were filed, Brandon M. Moore filed an objection to the proposed settlement. (Dkt. No. 120.) Plaintiffs are requested to provide a response to Moore's objection.

In support of its motion for attorneys' fees and costs, Plaintiffs provide information regarding the total number of hours and hourly rate of each attorney that worked on the case. However, no information is provided regarding the tasks that each attorney completed. To allow an assessment of the lodestar, and thus the reasonableness of the fee request, please provide a detailed task breakdown and the corresponding hours with respect to each attorney.

**IT IS SO ORDERED.**

Dated: March 7, 2025

RITA F. LIN
United States District Judge