**EXHIBIT 1**  **CVN Detailed Task Breakdown**

| Task Category | Staff Member | Hourly Rate | Number of Hours | Total | Date |
|---|---|---|---|---|---|
| (1) Document (prep/research/review) | Alexis K. Brown (Paralegal) | $ 250 | 1.5 | $ 375 | 08/29/2023-01/31/2024 |
| (1) Document (prep/research/review) | Alicyn B. Whitley (Associate Attorney) | $ 375 | 22 | $ 8,250 | 06/26/2024-12/27/2024 |
| (1) Document (prep/research/review) | Anna Koltunov (Paralegal) | $ 250 | 4 | $ 1,000 | 08/26/2024-10/21/2024 |
| (1) Document (prep/research/review) | Anya Puchkov (Paralegal) | $ 263 | 6.3 | $ 1,657 | 09/19/2023-03/04/2025 |
| (1) Document (prep/research/review) | April K. Stewart (Paralegal) | $ 220 | 13.2 | $ 2,904 | 10/12/2023-11/16/2024 |
| (1) Document (prep/research/review) | Clayton M. Allen (Paralegal) | $ 238 | 4 | $ 952 | 01/25/2024-04/30/2024 |
| (1) Document (prep/research/review) | Cora Wilson (Paralegal) | $ 250 | 2.5 | $ 625 | 01/09/2024-11/21/2024 |
| (1) Document (prep/research/review) | Elizabeth R. Klos (Associate Attorney) | $ 363 | 22.8 | $ 8,276 | 10/5/202306/26/2024 |
| (1) Document (prep/research/review) | Erika S. Minor (Paralegal) | $ 250 | 3.9 | $ 975 | 01/11/2024-02/12/2024 |
| (1) Document (prep/research/review) | Hayden J. Phillips (Paralegal) | $ 250 | 2.4 | $ 600 | 08/02/2023-10/10/2023 |
| (1) Document (prep/research/review) | Irina Arteyeva (Paralegal) | $ 238 | 2 | $ 476 | 07/06/2023-08/08/2023 |
| (1) Document (prep/research/review) | Jasmine M. Coussinat (Paralegal) | $ 250 | 1.3 | $ 325 | 05/15/2023-05/30/2023 |
| (1) Document (prep/research/review) | Laura Van Note (Partner) | $ 700 | 0.6 | $ 420 | 09/12/2023-10/13/2023 |
| (1) Document (prep/research/review) | Margo A. Crawford (Associate Attorney) | $ 325 | 11.4 | $ 3,705 | 11/01/2023-01/26/2024 |
| (1) Document (prep/research/review) | Mark T. Freeman (Associate Attorney) | $ 500 | 1.5 | $ 750 | 12/20/2024 |
| (1) Document (prep/research/review) | Michael Puchkov (Paralegal) | $ 185 | 0.4 | $ 74 | 01/21/2025-01/27/2025 |
| (1) Document (prep/research/review) | Molly Munson Cherala (Associate Attorney) | $ 500 | 1 | $ 500 | 05/16/2023-08/02/2023 |
| (1) Document (prep/research/review) | Monica K. Sjoblom-Tyler (Paralegal) | $ 275 | 0.8 | $ 220 | 05/17/2024-06/05/2024 |
| (1) Document (prep/research/review) | Olander Coleman (Paralegal) | $ 185 | 0.4 | $ 74 | 1/1/2024 |
| (1) Document (prep/research/review) | Paige Tehrani (Paralegal) | $ 250 | 0.6 | $ 150 | 11/22/2023-01/08/2024 |
| (1) Document (prep/research/review) | Ryan Terry (Paralegal) | $ 225 | 0.2 | $ 45 | 7/9/2024 |
| (1) Document (prep/research/review) | Scott E. Cole (Partner) | $ 1,100 | 33.5 | $ 36,850 | 11/22/2023-02/07/2025 |
| (1) Document (prep/research/review) | Suneel Jain (Associate Attorney) | $ 500 | 17.7 | $ 8,850 | 12/18/2024-12/20/2024 |
| (1) Document (prep/research/review) | Wil P. Volbrecht (Associate Attorney) | $ 375 | 10.7 | $ 4,013 | 12/05/2023-05/08/2024 |
| (1) Document (prep/research/review) | Willmar J. Escalante (Paralegal) | $ 250 | 19 | $ 4,750 | 05/15/2024-12/31/2024 |
| **Total Hours:** | | **$ 8,567** | **183.7** | **$ 86,816** | |
| (2) Email (prep/read) | Alexis K. Brown (Paralegal) | $ 250 | 3.9 | $ 975 | 08/16/2023-01/22/2024 |
| (2) Email (prep/read) | Alicyn B. Whitley (Associate Attorney) | $ 375 | 16 | $ 6,000 | 06/20/2024-12/27/2024 |
| (2) Email (prep/read) | Anna Koltunov (Paralegal) | $ 250 | 4.8 | $ 1,200 | 07/31/2024-10/17/2024 |
| (2) Email (prep/read) | Anya Puchkov (Paralegal) | $ 263 | 67.1 | $ 17,647 | 9/27/2023-03/04/2025 |
| (2) Email (prep/read) | April K. Stewart (Paralegal) | $ 220 | 23.3 | $ 5,126 | 7/18/202301/19/2024 |
| (2) Email (prep/read) | Clayton M. Allen (Paralegal) | $ 238 | 8.2 | $ 1,952 | 12/20/2023-06/02/2024 |
| (2) Email (prep/read) | Cody A. Bolce | $ 550 | 0.8 | $ 440 | 07/13/2023-07/26/2023 |
| (2) Email (prep/read) | Cora Wilson (Paralegal) | $ 250 | 1.6 | $ 400 | 08/27/2024-11/14/2024 |
| (2) Email (prep/read) | Elizabeth R. Klos (Associate Attorney) | $ 363 | 8.1 | $ 2,940 | 12/11/2023-07/08/2024 |
| (2) Email (prep/read) | Erika S. Minor (Paralegal) | $ 250 | 0.2 | $ 50 | 1/11/2024 |
| (2) Email (prep/read) | Felicia N. Felix | $ 250 | 0.3 | $ 75 | 10/9/2023 |
| (2) Email (prep/read) | Hayden J. Phillips (Paralegal) | $ 250 | 6.7 | $ 1,675 | 08/03/2023-12/14/2023 |
| (2) Email (prep/read) | Irina Arteyeva (Paralegal) | $ 238 | 0.2 | $ 48 | 7/13/2023 |
| (2) Email (prep/read) | Laura Van Note (Partner) | $ 700 | 1.1 | $ 770 | 09/22/2023-12/12/2024 |
| (2) Email (prep/read) | Margo A. Crawford (Associate Attorney) | $ 325 | 10.1 | $ 3,283 | 08/29/2023-02/20/2024 |

| Task | Timekeeper | Rate | Hours | Amount | Dates |
|---|---|---|---|---|---|
| (2) Email (prep/read) | Mark T. Freeman (Associate Attorney) | $ 500 | 3.4 | $ 1,700 | 08/14/2024-03/04/2025 |
| (2) Email (prep/read) | Mica J. Sinko | $ 250 | 0.9 | $ 225 | 08/12/2024-08/15/2024 |
| (2) Email (prep/read) | Michael Puchkov (Paralegal) | $ 185 | 1.3 | $ 241 | 10/15/2024-02/10/2025 |
| (2) Email (prep/read) | Molly Munson Cherala (Associate Attorney) | $ 500 | 2.5 | $ 1,250 | 07/17/2023-08/02/2023 |
| (2) Email (prep/read) | Monica K. Sjoblom-Tyler (Paralegal) | $ 275 | 0.2 | $ 55 | 05/22/2024-05/23/2024 |
| (2) Email (prep/read) | Noemi Gonzalez | $ 225 | 2.8 | $ 630 | 10/15/2024-11/26/2024 |
| (2) Email (prep/read) | Pablo Chong Herrera | $ 250 | 0.8 | $ 200 | 10/29/2024-10/31/2024 |
| (2) Email (prep/read) | Paige Tehrani (Paralegal) | $ 250 | 1.1 | $ 275 | 12/13/2023-02/05/2024 |
| (2) Email (prep/read) | Ryan Terry (Paralegal) | $ 225 | 1 | $ 225 | 08/01/2024-08/15/2024 |
| (2) Email (prep/read) | Scott E. Cole (Partner) | $ 1,100 | 35.6 | $ 39,160 | 07/26/2023-02/20/2025 |
| (2) Email (prep/read) | Suneel Jain (Associate Attorney) | $ 500 | 2.9 | $ 1,450 | 12/17/2024-12/19/2024 |
| (2) Email (prep/read) | Wil P. Volbrecht (Associate Attorney) | $ 375 | 8.9 | $ 3,338 | 12/20/2023-5/2/2024 |
| (2) Email (prep/read) | Willmar J. Escalante (Paralegal) | $ 250 | 33.9 | $ 8,475 | 05/22/2024-12/31/2024 |
| **Total Hours:** | | **$ 9,657** | **247.7** | **$ 99,803** | |
| (3) Meeting/Session/HRG | Alexis K. Brown (Paralegal) | $ 250 | 0.1 | $ 25 | 2/5/2024 |
| (3) Meeting/Session/HRG | Alicyn B. Whitley (Associate Attorney) | $ 375 | 4.1 | $ 1,538 | 8/1/2024-01/02/2025 |
| (3) Meeting/Session/HRG | Anna Koltunov (Paralegal) | $ 250 | 1.7 | $ 425 | 8/1/2024-10/17/2024 |
| (3) Meeting/Session/HRG | Anya Puchkov (Paralegal) | $ 263 | 1.5 | $ 395 | 5/25/2023-01/02/2025 |
| (3) Meeting/Session/HRG | Clayton M. Allen (Paralegal) | $ 238 | 0.1 | $ 24 | 1/17/2024 |
| (3) Meeting/Session/HRG | Cody A. Bolce | $ 550 | 0.1 | $ 55 | 7/24/2023 |
| (3) Meeting/Session/HRG | Cora Wilson (Paralegal) | $ 250 | 1 | $ 250 | 5/18/2023-11/14/2024 |
| (3) Meeting/Session/HRG | Elizabeth R. Klos (Associate Attorney) | $ 363 | 5.3 | $ 1,924 | 6/20/2023-06/26/2024 |
| (3) Meeting/Session/HRG | Hayden J. Phillips (Paralegal) | $ 250 | 0.5 | $ 125 | 5/31/2023-08/10/2023 |
| (3) Meeting/Session/HRG | Irina Arteyeva (Paralegal) | $ 238 | 0.5 | $ 119 | 7/19/2023-08/08/2023 |
| (3) Meeting/Session/HRG | Jasmine M. Coussinat (Paralegal) | $ 250 | 0.4 | $ 100 | 5/25/2023 |
| (3) Meeting/Session/HRG | Laura Van Note (Partner) | $ 700 | 1.5 | $ 1,050 | 5/25/2023-01/26/2024 |
| (3) Meeting/Session/HRG | Margo A. Crawford (Associate Attorney) | $ 325 | 6.9 | $ 2,243 | 8/29/2023-02/05/2024 |
| (3) Meeting/Session/HRG | Mark T. Freeman (Associate Attorney) | $ 500 | 0.4 | $ 200 | 9/11/2024-12/20/2024 |
| (3) Meeting/Session/HRG | Molly Munson Cherala (Associate Attorney) | $ 500 | 3 | $ 1,500 | 5/15/2023-07/24/2023 |
| (3) Meeting/Session/HRG | Pablo Chong Herrera | $ 250 | 0.1 | $ 25 | 10/10/2024 |
| (3) Meeting/Session/HRG | Paige Tehrani (Paralegal) | $ 250 | 0.2 | $ 50 | 1/9/2024-02/05/2024 |
| (3) Meeting/Session/HRG | Scott E. Cole (Partner) | $ 1,100 | 14.6 | $ 16,060 | 5/15/2023-12/20/2024 |
| (3) Meeting/Session/HRG | Suneel Jain (Associate Attorney) | $ 500 | 0.3 | $ 150 | 12/12/2024-12/20/2024 |
| (3) Meeting/Session/HRG | Wil P. Volbrecht (Associate Attorney) | $ 375 | 3.1 | $ 1,163 | 12/5/2023-05/02/2024 |
| (3) Meeting/Session/HRG | Willmar J. Escalante (Paralegal) | $ 250 | 3.4 | $ 850 | 6/14/2024-12/20/2024 |
| **Total Hours:** | | **$ 8,027** | **48.8** | **$ 28,269** | |
| (4) Research | Alicyn B. Whitley (Associate Attorney) | $ 375 | 3 | $ 1,125 | 9/11/2024-12/27/2024 |
| (4) Research | Anna Koltunov (Paralegal) | $ 250 | 0.2 | $ 50 | 8/29/2024 |
| (4) Research | Anya Puchkov (Paralegal) | $ 263 | 0.6 | $ 158 | 9/11/2024 |
| (4) Research | Hayden J. Phillips (Paralegal) | $ 250 | 0.6 | $ 150 | 7/11/2023-07/26/2023 |
| (4) Research | Jennifer P. Yan | $ 250 | 0.1 | $ 25 | 6/16/2023 |
| (4) Research | Margo A. Crawford (Associate Attorney) | $ 325 | 1.3 | $ 423 | 01/09/2024-01/29/2024 |
| (4) Research | Mark T. Freeman (Associate Attorney) | $ 500 | 0.3 | $ 150 | 9/11/2024 |
| (4) Research | Molly Munson Cherala (Associate Attorney) | $ 500 | 0.5 | $ 250 | 7/19/2023-07/21/2023 |
| (4) Research | Paige Tehrani (Paralegal) | $ 250 | 0.1 | $ 25 | 1/31/2024 |

| Category | Name | Rate | Hours | Total | Dates |
|---|---|---|---|---|---|
| (4) Research | Ryan Terry (Paralegal) | $ 225 | 0.1 | $ 23 | 8/14/2024 |
| (4) Research | Scott E. Cole (Partner) | $ 1,100 | 2.9 | $ 3,190 | 4/26/2024-10/15/2024 |
| (4) Research | Suneel Jain (Associate Attorney) | $ 500 | 0.2 | $ 100 | 12/20/2024 |
| (4) Research | Willmar J. Escalante (Paralegal) | $ 250 | 2 | $ 500 | 5/6/2024-12/30/2024 |
| **Total Hours:** | | **$ 5,038** | **11.9** | **$ 6,168** | |
| (5) Discovery | Anya Puchkov (Paralegal) | $ 263 | 0.9 | $ 237 | 9/19/2023 |
| (5) Discovery | Elizabeth R. Klos (Associate Attorney) | $ 363 | 0.2 | $ 73 | 8/29/2023 |
| (5) Discovery | Hayden J. Phillips (Paralegal) | $ 250 | 0.4 | $ 100 | 8/29/2023-09/19/2023 |
| (5) Discovery | Margo A. Crawford (Associate Attorney) | $ 325 | 4.6 | $ 1,495 | 8/29/2023-9/19/2023 |
| (5) Discovery | Molly Munson Cherala (Associate Attorney) | $ 500 | 0.6 | $ 300 | 7/19/2023 |
| (5) Discovery | Scott E. Cole (Partner) | $ 1,100 | 1.1 | $ 1,210 | 8/29/2023-08/30/2023 |
| **Total Hours:** | | **$ 2,801** | **7.8** | **$ 3,414** | |
| (6) Communication | Cody A. Bolce | $ 550 | 2.7 | $ 1,485 | 5/15/2023-07/10/2023 |
| (6) Communication | Hayden J. Phillips (Paralegal) | $ 250 | 0.8 | $ 200 | 05/22/2023-06/22/2023 |
| (6) Communication | Laura Van Note (Partner) | $ 700 | 4.3 | $ 3,010 | 05/22/2023-05/25/2023 |
| (6) Communication | Molly Munson Cherala (Associate Attorney) | $ 500 | 4.5 | $ 2,250 | 05/16/2023-06/05/2023 |
| (6) Communication | Scott E. Cole (Partner) | $ 1,100 | 0.5 | $ 550 | 05/22/2023-06/05/2023 |
| **Total Hours:** | | **$ 3,100** | **12.8** | **$ 7,495** | |
| (7) Telecom | Anna Koltunov (Paralegal) | $ 250 | 0.1 | $ 25 | 8/26/2024 |
| (7) Telecom | Anya Puchkov (Paralegal) | $ 263 | 0.7 | $ 184 | 9/11/2024-10/23/2024 |
| (7) Telecom | April K. Stewart (Paralegal) | $ 220 | 0.6 | $ 132 | 12/8/2023-01/20/2024 |
| (7) Telecom | Cody A. Bolce | $ 550 | 0.3 | $ 165 | 6/21/2023-06/23/2024 |
| (7) Telecom | Elizabeth R. Klos (Associate Attorney) | $ 363 | 0.1 | $ 36 | 10/4/2023 |
| (7) Telecom | Laura Van Note (Partner) | $ 700 | 0.2 | $ 140 | 8/15/2023-10/04/2023 |
| (7) Telecom | Margo A. Crawford (Associate Attorney) | $ 325 | 0.3 | $ 98 | 1/3/2024-01/16/2024 |
| (7) Telecom | Molly Munson Cherala (Associate Attorney) | $ 500 | 0.1 | $ 50 | 8/15/2023 |
| (7) Telecom | Scott E. Cole (Partner) | $ 1,100 | 4.2 | $ 4,620 | 08/29/2023-06/26/2024 |
| (7) Telecom | Wil P. Volbrecht (Associate Attorney) | $ 375 | 0.5 | $ 188 | 2/16/2024 |
| (7) Telecom | Willmar J. Escalante (Paralegal) | $ 250 | 0.6 | $ 150 | 8/27/2024-12/24/2024 |
| **Total Hours:** | | **$ 4,896** | **7.7** | **$ 5,787** | |
| **Grand Total Hours** | | | **520.4** | **$ 237,752** | |