**EXHIBIT 2**          **Milberg Detailed Task Breakdown**

| Task Category | Staff Member | Hourly Rate | Number of Hours | Total | Date |
|---|---|---|---|---|---|
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 508.00 | 4.1 | $2,082.80 | 3/28/2023 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 508.00 | 0.3 | $152.40 | 4/5/2023 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 508.00 | 2.8 | $1,422.40 | 6/21/2023 |
| Dispositive Motions-L240 | John Nelson (Partner) | 508.00 | 2.4 | $1,219.20 | 7/5/2023 |
| Dispositive Motions-L240 | John Nelson (Partner) | 508.00 | 8.6 | $4,368.80 | 7/5/2023 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 508.00 | 0.2 | $101.60 | 7/6/2023 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 508.00 | 0.2 | $101.60 | 7/19/2023 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 508.00 | 1.5 | $762.00 | 7/24/2023 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 508.00 | 5.6 | $2,844.80 | 8/2/2023 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 508.00 | 0.4 | $203.20 | 8/16/2023 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 508.00 | 0.7 | $355.60 | 9/7/2023 |
| Trial and Hearing Attendance-L450 | John Nelson (Partner) | 508.00 | 0.8 | $406.40 | 9/8/2023 |
| Written Discovery-L310 | John Nelson (Partner) | 508.00 | 3.3 | $1,676.40 | 9/18/2023 |
| Other Discovery-L390 | John Nelson (Partner) | 508.00 | 4.3 | $2,184.40 | 11/22/2023 |
| Written Discovery-L310 | John Nelson (Partner) | 508.00 | 2.6 | $1,320.80 | 11/30/2023 |
| Other Discovery-L390 | John Nelson (Partner) | 508.00 | 1.1 | $558.80 | 12/21/2023 |
| Other Discovery-L390 | John Nelson (Partner) | 508.00 | 2.7 | $1,371.60 | 1/3/2024 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 538.00 | 2.1 | $1,129.80 | 1/11/2024 |
| Written Discovery-L310 | John Nelson (Partner) | 538.00 | 1.4 | $753.20 | 1/12/2024 |
| Written Discovery-L310 | John Nelson (Partner) | 538.00 | 2.4 | $1,291.20 | 1/16/2024 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 538.00 | 0.7 | $376.60 | 1/16/2024 |
| Trial and Hearing Attendance-L450 | John Nelson (Partner) | 538.00 | 0.4 | $215.20 | 1/24/2024 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 538.00 | 1.2 | $645.60 | 2/5/2024 |
| Other Discovery-L390 | John Nelson (Partner) | 538.00 | 2.7 | $1,452.60 | 2/6/2024 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 538.00 | 1.4 | $753.20 | 2/8/2024 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 538.00 | 0.5 | $269.00 | 2/16/2024 |
| Other Discovery-L390 | John Nelson (Partner) | 538.00 | 1.7 | $914.60 | 2/20/2024 |
| Settlement/Non-Binding ADR-L160 | John Nelson (Partner) | 538.00 | 3.7 | $1,990.60 | 5/31/2024 |
| Settlement/Non-Binding ADR-L160 | John Nelson (Partner) | 538.00 | 4.3 | $2,313.40 | 6/4/2024 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 538.00 | 9.3 | $5,003.40 | 6/6/2024 |
| Settlement/Non-Binding ADR-L160 | John Nelson (Partner) | 538.00 | 6.1 | $3,281.80 | 6/27/2024 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 538.00 | 4.3 | $2,313.40 | 8/12/2024 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 538.00 | 2.7 | $1,452.60 | 8/13/2024 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 538.00 | 6.7 | $3,604.60 | 8/18/2024 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 538.00 | 2.7 | $1,452.60 | 8/19/2024 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 538.00 | 4.6 | $2,474.80 | 8/30/2024 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 538.00 | 4.4 | $2,367.20 | 9/9/2024 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 538.00 | 7.7 | $4,142.60 | 9/11/2024 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 538.00 | 11.4 | $6,133.20 | 9/12/2024 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 538.00 | 3.8 | $2,044.40 | 9/13/2024 |

| Task | Timekeeper | Rate | Hours | Amount | Date |
|---|---|---|---|---|---|
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 538.00 | 0.6 | $322.80 | 10/7/2024 |
| Other Case Assessment, Development and Administration-L190 | John Nelson (Partner) | 538.00 | 2.6 | $1,398.80 | 10/9/2024 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 538.00 | 1.6 | $860.80 | 10/11/2024 |
| Trial and Hearing Attendance-L450 | John Nelson (Partner) | 538.00 | 1.8 | $968.40 | 10/15/2024 |
| Trial and Hearing Attendance-L450 | John Nelson (Partner) | 538.00 | 0.5 | $269.00 | 10/30/2024 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 538.00 | 3.4 | $1,829.20 | 12/26/2024 |
| Other Written Motions and Submissions-L250 | John Nelson (Partner) | 538.00 | 1.8 | $968.40 | 12/27/2024 |
| **Total Hours for John Nelson** | | | **140.1** | **$74,125.80** | |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 997.00 | 0.6 | $598.20 | 4/18/2023 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 997.00 | 0.2 | $199.40 | 4/25/2023 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 997.00 | 0.3 | $299.10 | 6/15/2023 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 997.00 | 0.5 | $498.50 | 6/15/2023 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 997.00 | 0.2 | $199.40 | 6/21/2023 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 997.00 | 0.2 | $199.40 | 7/5/2023 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 997.00 | 0.2 | $199.40 | 7/31/2023 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 997.00 | 0.3 | $299.10 | 8/2/2023 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 997.00 | 0.5 | $498.50 | 8/16/2023 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 997.00 | 0.3 | $299.10 | 11/30/2023 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 1/25/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 2/2/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 2/5/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.1 | $105.70 | 2/6/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 2/9/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 2/12/2024 |
| Document Production/Review-L320 | David Lietz (Senior Partner) | 1,057.00 | 0.5 | $528.50 | 2/15/2024 |
| Document Production/Review-L320 | David Lietz (Senior Partner) | 1,057.00 | 1 | $1,057.00 | 2/23/2024 |
| Document Production/Review-L320 | David Lietz (Senior Partner) | 1,057.00 | 1 | $1,057.00 | 2/24/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 3/4/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 3/18/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 5/7/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 5/14/2024 |
| Document Production/Review-L320 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 5/28/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 5/29/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 1.2 | $1,268.40 | 5/31/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 6/3/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 6/4/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 0.5 | $528.50 | 6/4/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 0.6 | $634.20 | 6/5/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 5 | $5,285.00 | 6/6/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 6/20/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 6/21/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 6/22/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 6/26/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.5 | $528.50 | 6/27/2024 |

| Task | Timekeeper | Rate | Hours | Amount | Date |
|---|---|---|---|---|---|
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 10.2 | $10,781.40 | 6/27/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.7 | $739.90 | 6/27/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 6/29/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.8 | $845.60 | 7/1/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 7/1/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 7/2/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 1 | $1,057.00 | 7/2/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.1 | $105.70 | 7/3/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.5 | $528.50 | 7/6/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 7/9/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 1 | $1,057.00 | 7/9/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 1 | $1,057.00 | 7/11/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 7/16/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.7 | $739.90 | 7/17/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 1.1 | $1,162.70 | 7/17/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 7/24/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.4 | $422.80 | 7/25/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 7/31/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 8/10/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 8/12/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 8/12/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.6 | $634.20 | 8/13/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 8/14/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.1 | $105.70 | 8/17/2024 |
| Pleadings-L210 | David Lietz (Senior Partner) | 1,057.00 | 1 | $1,057.00 | 8/17/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 8/26/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 8/29/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.2 | $211.40 | 8/30/2024 |
| Pleadings-L210 | David Lietz (Senior Partner) | 1,057.00 | 1.5 | $1,585.50 | 9/9/2024 |
| Analysis/Strategy-L120 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 9/11/2024 |
| Document/File Management / Administration-L140 | David Lietz (Senior Partner) | 1,057.00 | 0.3 | $317.10 | 9/11/2024 |
| Settlement/Non-Binding ADR-L160 | David Lietz (Senior Partner) | 1,057.00 | 0.5 | $528.50 | 9/12/2024 |
| **Total Hours for David Lietz** | | | **42.8** | **$45,041.60** | |
| Other Written Motions and Submissions-L250 | Carolyn CJ Cuneo (Associate Attorney) | 878.00 | 1 | $878.00 | 8/12/2024 |
| Fact Investigation/Development-L110 | Carolyn CJ Cuneo (Associate Attorney) | 878.00 | 2 | $1,756.00 | 8/13/2024 |
| Document/File Management / Administration-L140 | Carolyn CJ Cuneo (Associate Attorney) | 878.00 | 0.5 | $439.00 | 8/26/2024 |
| Document/File Management / Administration-L140 | Carolyn CJ Cuneo (Associate Attorney) | 878.00 | 0.2 | $175.60 | 8/27/2024 |
| Document/File Management / Administration-L140 | Carolyn CJ Cuneo (Associate Attorney) | 878.00 | 0.2 | $175.60 | 9/2/2024 |
| Fact Investigation/Development-L110 | Carolyn CJ Cuneo (Associate Attorney) | 878.00 | 4 | $3,512.00 | 9/11/2024 |
| Other Written Motions and Submissions-L250 | Carolyn CJ Cuneo (Associate Attorney) | 948.00 | 8 | $7,584.00 | 3/3/2025 |
| Fact Investigation/Development-L110 | Carolyn CJ Cuneo (Associate Attorney) | 948.00 | 1.5 | $1,422.00 | 3/3/2025 |
| Other Written Motions and Submissions-L250 | Carolyn CJ Cuneo (Associate Attorney) | 948.00 | 4 | $3,792.00 | 3/4/2025 |
| **Total Hours for Carolyn CJ Cuneo** | | | **21.4** | **$19,734.20** | |
| Other Written Motions and Submissions-L250 | Gary Klinger (Senior Partner) | 850.00 | 3.5 | $2,975.00 | 3/28/2023 |

| Task | Timekeeper | Rate | Hours | Amount | Date |
|---|---|---|---|---|---|
| Other Written Motions and Submissions-L250 | Gary Klinger (Senior Partner) | 850.00 | 1 | $850.00 | 5/1/2023 |
| Trial and Hearing Attendance-L450 | Gary Klinger (Senior Partner) | 878.00 | 1.5 | $1,317.00 | 1/24/2024 |
| Written Discovery-L310 | Gary Klinger (Senior Partner) | 878.00 | 0.5 | $439.00 | 5/7/2024 |
| Settlement/Non-Binding ADR-L160 | Gary Klinger (Senior Partner) | 878.00 | 4.5 | $3,951.00 | 6/23/2024 |
| Settlement/Non-Binding ADR-L160 | Gary Klinger (Senior Partner) | 878.00 | 6.5 | $5,707.00 | 6/27/2024 |
| **Total Hours for Gary Klinger** | | | **17.5** | **$15,239.00** | |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 413.00 | 0.5 | $206.50 | 3/14/2023 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 413.00 | 1.1 | $454.30 | 5/19/2023 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 413.00 | 2.7 | $1,115.10 | 5/23/2023 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 413.00 | 1.3 | $536.90 | 5/24/2023 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 413.00 | 2.3 | $949.90 | 5/25/2023 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 413.00 | 0.9 | $371.70 | 5/26/2023 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 413.00 | 1.7 | $702.10 | 12/21/2023 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 413.00 | 1.9 | $784.70 | 12/26/2023 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 413.00 | 2.4 | $991.20 | 1/3/2024 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 413.00 | 1.7 | $702.10 | 1/4/2024 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 437.00 | 2.4 | $1,048.80 | 1/8/2024 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 437.00 | 2.6 | $1,136.20 | 1/9/2024 |
| Other Case Assessment, Development and Administration-L190 | Dean Meyer (Associate Attorney) | 437.00 | 2.6 | $1,136.20 | 1/15/2024 |
| **Total Hours for Dean Meyer** | | | **24.1** | **$10,135.70** | |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.5 | $104.00 | 3/14/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 3/16/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.5 | $104.00 | 3/21/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 3/22/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.5 | $104.00 | 3/30/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 3/30/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 4/13/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 4/17/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 4/18/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 5/2/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 5/3/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.4 | $83.20 | 5/4/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 5/5/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.4 | $83.20 | 5/8/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.4 | $83.20 | 5/10/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.3 | $62.40 | 5/11/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.3 | $62.40 | 5/15/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 5/30/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 6/16/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 6/30/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 7/7/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 7/11/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 7/16/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.3 | $62.40 | 7/19/2023 |

| Task | Timekeeper | Rate | Hours | Amount | Date |
|---|---|---|---|---|---|
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 8/2/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 8/2/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.3 | $62.40 | 8/3/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 8/3/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 8/7/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 8/10/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 8/16/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 8/22/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 9/8/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 9/8/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 9/15/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 9/19/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 9/27/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 10/13/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 11/21/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 11/21/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 11/27/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 11/30/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.1 | $20.80 | 12/1/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 12/12/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.2 | $41.60 | 12/15/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 208.00 | 0.3 | $62.40 | 12/15/2023 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 1/15/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 1/16/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 1/16/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 1/16/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 1/16/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 1/16/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 1/24/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 1/30/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 1/31/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.3 | $71.70 | 2/12/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 2/14/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 2/16/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 2/22/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 2/28/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 4/26/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 4/30/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 4/30/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 5/24/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 5/31/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 6/3/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 6/27/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 7/1/2024 |

| Task | Timekeeper | Rate | Hours | Amount | Date |
|---|---|---|---|---|---|
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 8/12/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 8/14/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 8/26/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 8/26/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 8/27/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 8/27/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 8/29/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 9/30/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 10/7/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 10/11/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 10/14/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 10/15/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.3 | $71.70 | 10/15/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 10/17/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 10/24/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 10/28/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 10/30/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 10/31/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 11/1/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 11/15/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 12/20/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 12/26/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.8 | $191.20 | 12/26/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.5 | $119.50 | 12/26/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.1 | $23.90 | 12/26/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.5 | $119.50 | 12/27/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 239.00 | 0.2 | $47.80 | 12/30/2024 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 258.00 | 0.1 | $25.80 | 1/17/2025 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 258.00 | 0.1 | $25.80 | 1/27/2025 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 258.00 | 0.1 | $25.80 | 2/24/2025 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 258.00 | 0.1 | $25.80 | 3/3/2025 |
| Document/File Management / Administration-L140 | Ashley Tyrrell (Paralegal) | 258.00 | 0.1 | $25.80 | 3/7/2025 |
| **Total Hours for Ashley Tyrrell** | | | **17.7** | **$3,960.80** | |
| Pleadings-L210 | Sandra Passanisi (Paralegal) | 225.00 | 0.3 | $67.50 | 3/30/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 225.00 | 0.2 | $45.00 | 4/3/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 225.00 | 0.2 | $45.00 | 4/11/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 225.00 | 0.2 | $45.00 | 4/24/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 225.00 | 0.3 | $67.50 | 5/2/2023 |
| Pleadings-L210 | Sandra Passanisi (Paralegal) | 225.00 | 0.4 | $90.00 | 5/3/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 225.00 | 0.5 | $112.50 | 5/5/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 225.00 | 0.2 | $45.00 | 7/31/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 225.00 | 0.2 | $45.00 | 8/1/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 225.00 | 0.2 | $45.00 | 8/2/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 225.00 | 0.2 | $45.00 | 9/20/2023 |

| Task | Timekeeper | Rate | Hours | Amount | Date |
|---|---|---|---|---|---|
| Written Discovery-L310 | Sandra Passanisi (Paralegal) | 225.00 | 0.5 | $112.50 | 12/1/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 225.00 | 0.2 | $45.00 | 12/26/2023 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 239.00 | 0.2 | $47.80 | 1/8/2024 |
| Written Discovery-L310 | Sandra Passanisi (Paralegal) | 239.00 | 1 | $239.00 | 1/16/2024 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 239.00 | 0.5 | $119.50 | 5/8/2024 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 239.00 | 0.3 | $71.70 | 5/14/2024 |
| Document/File Management / Administration-L140 | Sandra Passanisi (Paralegal) | 239.00 | 0.3 | $71.70 | 5/17/2024 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 239.00 | 0.3 | $71.70 | 5/31/2024 |
| Pleadings-L210 | Sandra Passanisi (Paralegal) | 239.00 | 0.8 | $191.20 | 6/27/2024 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 239.00 | 0.3 | $71.70 | 7/1/2024 |
| Pleadings-L210 | Sandra Passanisi (Paralegal) | 239.00 | 1 | $239.00 | 8/12/2024 |
| Pleadings-L210 | Sandra Passanisi (Paralegal) | 239.00 | 0.5 | $119.50 | 8/26/2024 |
| Other Case Assessment, Development and Administration-L190 | Sandra Passanisi (Paralegal) | 239.00 | 0.5 | $119.50 | 9/12/2024 |
| Pleadings-L210 | Sandra Passanisi (Paralegal) | 239.00 | 3 | $717.00 | 9/13/2024 |
| Pleadings-L210 | Sandra Passanisi (Paralegal) | 239.00 | 0.3 | $71.70 | 10/7/2024 |
| Pleadings-L210 | Sandra Passanisi (Paralegal) | 239.00 | 3 | $717.00 | 10/11/2024 |
| Fact Investigation/Development-L110 | Sandra Passanisi (Paralegal) | 239.00 | 0.2 | $47.80 | 11/1/2024 |
| **Total Hours for Sandra Passanisi** | | | **15.8** | **$3,725.80** | |
| Analysis/Strategy-L120 | Heather Sheflin (Paralegal) | 225.00 | 0.2 | $45.00 | 4/30/2023 |
| Document/File Management / Administration-L140 | Heather Sheflin (Paralegal) | 225.00 | 0.5 | $112.50 | 5/1/2023 |
| Document/File Management / Administration-L140 | Heather Sheflin (Paralegal) | 225.00 | 0.2 | $45.00 | 5/2/2023 |
| Pleadings-L210 | Heather Sheflin (Paralegal) | 225.00 | 0.4 | $90.00 | 5/2/2023 |
| Document/File Management / Administration-L140 | Heather Sheflin (Paralegal) | 225.00 | 0.3 | $67.50 | 5/3/2023 |
| Document/File Management / Administration-L140 | Heather Sheflin (Paralegal) | 225.00 | 0.2 | $45.00 | 5/16/2023 |
| Document/File Management / Administration-L140 | Heather Sheflin (Paralegal) | 225.00 | 0.3 | $67.50 | 6/16/2023 |
| Document/File Management / Administration-L140 | Heather Sheflin (Paralegal) | 225.00 | 0.4 | $90.00 | 6/23/2023 |
| Document/File Management / Administration-L140 | Heather Sheflin (Paralegal) | 225.00 | 0.4 | $90.00 | 8/16/2023 |
| Document/File Management / Administration-L140 | Heather Sheflin (Paralegal) | 225.00 | 0.5 | $112.50 | 9/20/2023 |
| Document/File Management / Administration-L140 | Heather Sheflin (Paralegal) | 225.00 | 0.2 | $45.00 | 12/18/2023 |
| Document/File Management / Administration-L141 | Heather Sheflin (Paralegal) | 239.00 | 0.4 | $95.60 | 1/24/2024 |
| Document/File Management / Administration-L142 | Heather Sheflin (Paralegal) | 239.00 | 0.2 | $47.80 | 2/16/2024 |
| Document/File Management / Administration-L143 | Heather Sheflin (Paralegal) | 239.00 | 0.2 | $47.80 | 3/14/2024 |
| Document/File Management / Administration-L144 | Heather Sheflin (Paralegal) | 239.00 | 0.2 | $47.80 | 5/1/2024 |
| Document/File Management / Administration-L145 | Heather Sheflin (Paralegal) | 239.00 | 0.2 | $47.80 | 8/14/2024 |
| Document/File Management / Administration-L146 | Heather Sheflin (Paralegal) | 239.00 | 0.3 | $71.70 | 10/30/2024 |
| Document/File Management / Administration-L147 | Heather Sheflin (Paralegal) | 239.00 | 0.2 | $47.80 | 11/18/2024 |
| **Total Hours for Heather Sheflin** | | | **5.3** | **$1,216.30** | |
| Pleadings-L210 | Michelle Benvenuto (Paralegal) | 239.00 | 0.8 | $191.20 | 10/7/2024 |
| Document/File Management / Administration-L140 | Michelle Benvenuto (Paralegal) | 239.00 | 0.1 | $23.90 | 10/9/2024 |
| Document/File Management / Administration-L140 | Michelle Benvenuto (Paralegal) | 239.00 | 0.4 | $95.60 | 12/26/2024 |
| Pleadings-L210 | Michelle Benvenuto (Paralegal) | 258.00 | 3 | $774.00 | 3/4/2025 |
| **Total Hours for Michelle Benvenuto** | | | **4.3** | **$1,084.70** | |
| Pleadings-L210 | Mariya Weekes (Partner) | 878.00 | 1 | $878.00 | 2/5/2024 |
| **Total Hours for Mariya Weekes** | | | **1** | **$878.00** | |

| | | | | | |
|---|---|---|---|---|---|
| Fact Investigation/Development-L110 | Alexander Wolf (Senior Associate) | 733.00 | 0.9 | $659.70 | 5/4/2023 |
| **Total Hours for Alexander Wolf** | | | **0.9** | **$659.70** | |
| Document/File Management/Administration | Kerry Brennan (Paralegal) | 239.00 | 0.1 | $23.90 | 7/1/2024 |
| **Total Hours for Kerry Breenan** | | | **0.1** | **$23.90** | |
| | | | **Grand Total Hours** | **GrandTotal Fees** | |
| | | | **291** | **$175,825.50** | |