**EXHIBIT 3**                    **ALF Detailed Task Breakdown**

| Task Category | Staff Member | Hourly Rate | Number of Hours | Total | Date |
|---|---|---|---|---|---|
| (1) Document (prep/research/review) | M. Anderson Berry (Partner) | $ 850 | 7.8 | $ 6,630 | 03/29/2023 - 08/26/2024 |
| (1) Document (prep/research/review) | Gregory Haroutunian (Associate) | $ 725 | 42.8 | $ 31,030 | 04/05/2024 - 09/11/2024 |
| (1) Document (prep/research/review) | Brandon P. Jack (Associate) | $ 550 | 6.2 | $ 3,410 | 05/15/2023 - 11/21/2023 |
| (1) Document (prep/research/review) | Lori Martin (Paralegal) | $ 308 | 6.8 | $ 2,094 | 03/29/2023 - 04/04/2024 |
| (1) Document (prep/research/review) | Bianca Marentes (Paralegal) | $ 308 | 10.2 | $ 3,142 | 03/30/2024 - 12/30/2024 |
| **Total Hours:** | | **$ 2,741** | **73.8** | **$ 46,306** | |
| (2) Email (prep/read) | M. Anderson Berry (Partner) | $ 850 | 5.9 | $ 5,015 | 03/28/2024 - 11/14/2024 |
| (2) Email (prep/read) | Gregory Haroutunian (Associate) | $ 725 | 2.2 | $ 1,595 | 12/21/2023 - 09/12/2024 |
| (2) Email (prep/read) | Brandon P. Jack (Associate) | $ 550 | 1.7 | $ 935 | 05/22/2023 - 05/30/2024 |
| (2) Email (prep/read) | Lori Martin (Paralegal) | $ 308 | 1.5 | $ 462 | 03/09/2025 - 03/07/2025 |
| (2) Email (prep/read) | Bianca Marentes (Paralegal) | $ 308 | 1 | $ 308 | 03/30/2024 - 03/07/2025 |
| **Total Hours:** | | **$ 2,741** | **12.3** | **$ 8,315** | |
| (3) Meeting/Session/HRG | M. Anderson Berry (Partner) | $ 850 | 4.8 | $ 4,080 | 7/25/2024 |
| (3) Meeting/Session/HRG | Andrew Snyder (Associate) | $ 500 | 0.5 | $ 250 | 8/7/2024 |
| **Total Hours:** | | **$ 1,350** | **5.3** | **$ 4,330** | |
| (4) Research | M. Anderson Berry (Partner) | $ 850 | 1.3 | $ 1,105 | 03/27/2024 - 07/25/2024 |
| (4) Research | Andrew Snyder (Associate) | $ 500 | 2.3 | $ 1,150 | 8/13/2024 |
| (4) Research | Lori Martin (Paralegal) | $ 308 | 0.3 | $ 92 | 03/29/2024 - 04/13/2024 |
| **Total Hours:** | | **$ 1,658** | **3.9** | **$ 2,347** | |
| (5) Discovery | M. Anderson Berry (Partner) | $ 850 | 1.2 | $ 1,020 | 01/30/2024 - 05/28/2024 |
| (5) Discovery | Gregory Haroutunian (Associate) | $ 725 | 3.3 | $ 2,393 | 01/16/2024 - 05/28/2024 |
| (5) Discovery | Lori Martin (Paralegal) | $ 308 | 0.3 | $ 92 | 11/30/2023 - 1/16/2024 |
| **Total Hours:** | | **$ 1,883** | **4.8** | **$ 3,505** | |
| (6) Communication | Gregory Haroutunian (Associate) | $ 725 | 1.1 | $ 798 | 07/01/2024 - 09/11/2024 |
| (6) Communication | Lori Martin (Paralegal) | $ 308 | 0.2 | $ 62 | 4/11/2024 |
| **Total Hours:** | | **$ 1,033** | **1.3** | **$ 859** | |
| (7) Telecom | M. Anderson Berry (Partner) | $ 850 | 3.1 | $ 2,635 | 03/29/2023 - 11/11/2024 |
| (7) Telecom | Gregory Haroutunian (Associate) | $ 725 | 0.6 | $ 435 | 07-30-2024 - 9/11/2024 |
| (7) Telecom | Andrew Snyder (Associate) | $ 500 | 0.5 | $ 250 | 9/10/2024 |
| (7) Telecom | Lori Martin (Paralegal) | $ 308 | 0.4 | $ 123 | 03/29/2023 - 04/11/2023 |
| **Total Hours:** | | **$ 2,383** | **4.6** | **$ 3,443** | |
| | **Grand Total Hours** | | **106** | **$ 69,106** | |