**EXHIBIT 4**  **Strauss Borrelli Detailed Task Breakdown**

| Task Category | Staff Member | Hourly Rate | Number of Hours | Total | Date |
|---|---|---|---|---|---|
| (1) Document (prep/research/review) | Raina C. Borrelli (Partner) | $ 700 | 2.3 | $ 1,610 | 4/3/2023-12/24/2024 |
| (1) Document (prep/research/review) | Samuel J. Strauss (Partner) | $ 700 | 8.2 | $ 5,740 | 3/16/2023-12/24/2024 |
| Total Hours: | | $ 1,400 | 10.5 | $ 7,350 | |
| (2) Email (prep/read) | Raina C. Borrelli (Partner) | $ 700 | 0.9 | $ 630 | 5/1/2023-6/4/2024 |
| (2) Email (prep/read) | Samuel J. Strauss (Partner) | $ 700 | 1.8 | $ 1,260 | 3/16/2023-12/24/2024 |
| (2) Email (prep/read) | Brittany Resch (Partner) | $ 575 | 0.1 | $ 58 | 9/16/2024 |
| (2) Email (prep/read) | Brittany Resch (Partner) | $ 475 | 0.5 | $ 238 | 3/29/2023-9/16/2024 |
| (2) Email (prep/read) | Carolyn Chen (Associate) | $ 400 | 0.5 | $ 200 | 1/10/2024 |
| Total Hours: | | $ 2,850 | 3.8 | $ 2,385 | |
| (3) Meeting/Session/HRG | Samuel J. Strauss (Partner) | 700.00 | 0.8 | $ 560 | 3/16/2023-12/24/2024 |
| Total Hours: | | $ 700 | 0.8 | $ 560 | |
| (4) Research | Raina C. Borrelli (Partner) | $ 700 | 0.6 | $ 420 | 5/15/2023 |
| (4) Research | Samuel J. Strauss (Partner) | $ 700 | 3.8 | $ 2,660 | 3/16/2023-12/24/2024 |
| (4) Research | Zog Begolli (Associate) | 425.00 | 0.3 | $ 128 | 3/17/2023-3/31/2023 |
| (4) Research | Rudis Requeno (Legal Assistant) | $ 150 | 0.5 | $ 75 | 3/16/2023 |
| (4) Research | Jack Rader (Legal Assistant) | $ 150 | 1 | $ 150 | 3/20/2023 |
| Total Hours: | | $ 2,125 | 6.2 | $ 3,433 | |
| (5) Discovery | Raina C. Borrelli (Partner) | $ 700 | 3.7 | $ 2,590 | 12/7/2023-1/16/2024 |
| (5) Discovery | Brittany Resch (Partner) | $ 575 | 1.8 | $ 1,035 | 1/11/2024-1/16/2024 |
| (5) Discovery | Carolyn Chen (Associate) | $ 400 | 10.5 | $ 4,200 | 1/8/2024-1/16/2024 |
| Total Hours: | | $ 1,675 | 16 | $ 7,825 | |
| (6) Communication | Samuel J. Strauss (Partner) | $ 700 | 2.3 | $ 1,610 | 3/16/2023-12/24/2024 |
| Total Hours: | | $ 700 | 2.3 | $ 1,610 | |
| (7) Telecom | Carolyn Chen (Associate) | $ 400 | 0.5 | $ 200 | 1/8/2024 |
| Total Hours: | | $ 400 | 0.5 | $ 200 | |
| **Grand Total Hours** | | | **40.1** | **$ 23,363** | |