**EXHIBIT 5**    **Markovits Stock Demarco  Detailed Task Breakdown**

| Task Category | Staff Member | Hourly Rate | Number of Hours | Total | Date |
|---|---|---|---|---|---|
| (1) Document (prep/research/review) | Dylan Gould (Attorney) | $650.00 | 5 | $3,250.00 | 3/12/2023 |
| (1) Document (prep/research/review) | Ashley Paver (Paralegal) | $250.00 | 0.5 | $125.00 | 3/13/2023 |
| 1. Document (prep/research/review) | Terence Coates (Managing Partner) | $895.00 | 1.6 | $1,432.00 | 3/13/2023 |
| 1. Document (prep/research/review) | Dylan Gould (Attorney) | $650.00 | 2.1 | $1,365.00 | 3/13/2023 |
| 1. Document (prep/research/review) | Spencer Campbell (Attorney) | $490.00 | 4.6 | $2,254.00 | 3/14/2023 |
| 1. Document (prep/research/review) | Spencer Campbell (Attorney) | $490.00 | 1 | $490.00 | 3/14/2023 |
| 1. Document (prep/research/review) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 6/21/2024 |
| 1. Document (prep/research/review) | Terence Coates (Managing Partner) | $895.00 | 0.5 | $447.50 | 9/13/2024 |
| 1. Document (prep/research/review) | Jonathan Deters (Attorney) | $650.00 | 0.1 | $65.00 | 1/16/2024 |
| 1. Document (prep/research/review) | Terence Coates (Managing Partner) | $895.00 | 1 | $895.00 | 9/12/2024 |
| 1. Document (prep/research/review) | Dylan Gould (Attorney) | $650.00 | 0.5 | $325.00 | 9/12/2024 |
| Total Hours: | | | 17.2 | $10,917.00 | |
| (2) Email (prep/read) | Jonathan Deters (Attorney) | $650.00 | 0.2 | $130.00 | 4/14/2023 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.4 | $358.00 | 3/13/2023 |
| (2) Email (prep/read) | Dylan Gould (Attorney) | $650.00 | 0.1 | $65.00 | 3/13/2023 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.4 | $358.00 | 3/13/2023 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.6 | $537.00 | 3/13/2025 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 3/14/2023 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 3/19/2023 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 4/5/2023 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.7 | $626.50 | 4/5/2023 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.4 | $358.00 | 4/5/2023 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 4/15/2023 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 1.1 | $984.50 | 5/22/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 5/24/2023 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.4 | $358.00 | 5/25/2023 |
| (2) Email (prep/read) | Ashley Paver (Paralegal) | $250.00 | 0.3 | $75.00 | 2/8/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 2/8/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.2 | $179.00 | 2/22/2024 |
| (2) Email (prep/read) | Ashley Paver (Paralegal) | $250.00 | 0.2 | $50.00 | 2/22/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.1 | $89.50 | 4/18/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.2 | $179.00 | 5/28/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.1 | $89.50 | 5/29/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 5/29/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 5/30/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.1 | $89.50 | 5/31/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 6/3/2024 |
| (2) Email (prep/read) | Spencer Campbell (Attorney) | $490.00 | 0.2 | $98.00 | 6/5/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 6/5/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.2 | $179.00 | 6/11/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.2 | $179.00 | 6/18/2024 |

| Task | Person | Rate | Hours | Amount | Date |
|---|---|---:|---:|---:|---:|
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.2 | $179.00 | 7/9/2024 |
| (2) Email (prep/read) | Spencer Campbell (Attorney) | $490.00 | 0.2 | $98.00 | 7/9/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.5 | $447.50 | 7/16/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 8/16/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 9/9/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 9/10/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.6 | $537.00 | 9/10/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.6 | $537.00 | 9/11/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 9/11/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.3 | $268.50 | 9/12/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.4 | $358.00 | 9/13/2024 |
| (2) Email (prep/read) | Terence Coates (Managing Partner) | $895.00 | 0.4 | $358.00 | 10/4/2024 |
| Total Hours: | | | 13.5 | $11,524.50 | |
| (3) Meeting/Session/HRG | Spencer Campbell (Attorney) | $490.00 | 4.7 | $2,303.00 | 6/6/2024 |
| Total Hours | | | 35.4 | $24,744.50 | |