UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PRUTSMAN, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>NONSTOP ADMINISTRATION AND INSURANCE SERVICES, INC.,<br><br>         Defendant. | Case No. 23-cv-01131-RFL<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 128 |

    Pursuant to the Court's final approval order (Dkt. No. 129), judgment is entered in favor of Plaintiffs, and against Defendant.

Dated: March 18, 2025

Mark B. Busby
Clerk, United States District Court

By: _____*M Lock*_____

Melinda K. Lock, Deputy Clerk to
the Honorable Rita F. Lin

1